%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_for the_                            District of _Columbia,_

Sandra Marshall, Honeywell
Technology Systems
Inc. ET AL

**SUMMONS IN A CIVIL ACTION**

CASE N

CASE NUMBER    1:05CV02502

JUDGE: Richard W. Roberts

DECK TYPE: Employment Discrimination

DATE STAMP: 12/~~30~~/2005

TO: (Name and address of Defendant)

Honeywell Technology
Systems Inc.
9250 Route 108
Columbia, Md. 21043

Serve: Resident Agent
CSC Lawyers Incorporating
Service Co.
11 East Chase Street
Baltimore, Md. 21202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John P. Myles Jr.
Law Office of John P. Myles Jr.
1300 Mercantile Lane Suite 139-S
Largo, Md. 20774

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

~~NANCY M. MAYER-WHITTINGTON~~
CLERK

DEC 3 0 2005
DATE

_Maureen Higgins_
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/25/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Milburn Walker | Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

11 E. Chase St Baltimore, MD

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 95.00 | $0.00  95.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4/25/06___          _____
                 Date              Signature of Server

2600 Brinkley Rd. 801 Ft. Wash. MD
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

*For The*          District of *Columbia*

*Sandra Marshall* v. *Honeywell Technology System*
*ET AL*
CASE

## SUMMONS IN A CIVIL ACTION

CASE NUMBER   1:05CV02502

JUDGE: Richard W. Roberts

DECK TYPE: Employment Discrimination

DATE STAMP: 12/30/2005

TO: (Name and address of Defendant)

*AGT Inc.*
*7701 Greenbelt Road*
*Suite 300*
*Greenbelt, Maryland 20770*

*Serve: Thomas H. Whitkop*
*27 West Jefferson St.*
*Rockville, Maryland*
*20850*

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

*John P. Myles*
*Law Office of John P. Myles*
*1300 Mercantile Lane*
*Suite 139-S*
*Largo, Md 20774*

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          DEC 30 2005

CLERK                                          DATE

*Maureen Higgins*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/25/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Milburn Walker | Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

27 West Jefferson St.
Rockville, MD

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 95.00 | $0.00  95.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/25/06
              Date

Signature of Server

2600 Brinkley Rd #801  Ft. Wash. MD
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_For the_               District of _Columbia_

_Sandra Marshall_ v. _Honeywell Technology Systems Inc. et. al._

### SUMMONS IN A CIVIL ACTION

CASE NUMBER  1:05CV02502

JUDGE: Richard W. Roberts

DECK TYPE: Employment Discrimination

DATE STAMP: 12/30/2005

TO: (Name and address of Defendant)

_L-3 Communications Government Services, Inc._
_3750 Centreview Drive_
_Chantilly Va. 20151_

_Serve: Resident Agent_
_Chand N. Gupta_
_3981 Alcoa Drive_
_Fairfax, Virginia_
_22033_

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

_Johnnie P. Mzfr_
_Law Office of Johnnie P. Mzfr_
_1300 Mercantile Lane_
_Suite 139-S_
_Largo, Maryland 20774_

an answer to the complaint which is served on you with this summons, within ___20___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

_Maureen Higgins_
(By) DEPUTY CLERK

DEC 30 2005
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/25/06 | |
| NAME OF SERVER (PRINT) Milburn Walker | TITLE Process Server | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:

    3981 Alcoa Drive
    Fairfax, Virginia

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES 95.00 | TOTAL $0.00 95.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    4/25/06      _Signature of Server_ M. Wall

         Date

       2600 Brinkley Rd #801 Ft. Wash. MD
       _Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.