AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
_for The_ District of _Columbia_

Sandra Marshall, Honeywell
Technology Systems
Inc. ET AL

CASE N

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER 1:05CV02502

JUDGE: Richard W. Roberts

DECK TYPE: Employment Discrimination

DATE STAMP: 12/30/2005

TO: (Name and address of Defendant)

Honeywell Technology
Systems Inc.
9250 Route 108
Columbia, Md. 21043

Serve: Resident Agent
CSC Lawyers Incorporating
Service Co.
11 East Chase Street
Baltimore, Md. 21202

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Johnnie P. Myles Jr.
Law Office of Johnnie P. Myles Jr.
1300 Mercantile Lane Suite 139-S
Largo, Md. 20774

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

DEC 30 2005
DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 4/25/06 |
| NAME OF SERVER (PRINT) Milburn Walker | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:

11 E. Chase St Baltimore, MD

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 95.00 | TOTAL $0.00 95.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/25/06
             Date           Signature of Server

2600 Brinkley Rd. #801 Ft. Wash. MD
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For The                District of _Columbia_

_Sandra Marshall_ v. _Honeywell Technology Systems_
_ET AL_

CASE

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER  1:05CV02502

JUDGE: Richard W. Roberts

DECK TYPE: Employment Discrimination

DATE STAMP: 12/30/2005

TO: (Name and address of Defendant)

_AGT Inc._
_7701 Greenbelt Road_
_Suite 300_
_Greenbelt, Maryland 20770_

Serve: _Thomas H. Whitkop_
_27 West Jefferson St._
_Rockville, Maryland 20850_

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

_Johnnie P. Myers_
_Law Office of Johnnie P. Myers_
_1300 Mercantile Lane_
_Suite 139-S_
_Largo, Md 20774_

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        DEC 3 0 2005
CLERK                             DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 4/25/06 |
| NAME OF SERVER (PRINT) Milburn Walker | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
   27 West Jefferson St.
   Rockville, MD

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 95.00 | TOTAL $0.00 95.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/25/06
         Date

Signature of Server

2600 Brinkley Rd #801 Ft. Wash. MD
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_For the_ District of _Columbia_

Sandra Marshall v. Honeywell Technology Systems Inc. et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER 1:05CV02502

JUDGE: Richard W. Roberts

DECK TYPE: Employment Discrimination

DATE STAMP: 12/30/2005

TO: (Name and address of Defendant)

L-3 Communications
Government Services, Inc.
3150 Centreview Drive
Chantilly, Va. 20151

Serve: Resident Agent
Chand N. Gupta
3981 Alcoa Drive
Fairfax, Virginia
22033

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Johnnie P. Mq Jr.
Law Office of Johnnie P. Mq Jr.
1300 Mercantile Lane
Suite 139-S
Largo, Maryland 20774

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

_Maureen Higgins_
(By) DEPUTY CLERK

DEC 30 2005
DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 4/25/06 |
| NAME OF SERVER (PRINT) Milburn Walker | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
3981 Alcoa Drive
Fairfax, Virginia

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 95.00 | TOTAL ~~$0.00~~ 95.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/25/06
_____
Signature of Server

2600 Brinkley Rd #801 H. Wash. MD
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.