IN THE UNITED STATES DISTRICT CIRCUIT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HONEYWELL TECHNOLOGY ) | |
| SYSTEMS INC., ) | |
| ) | Case No.: 1:05CV02502 (RWR) |
| and ) | |
| ) | |
| L-3 COMMUNICATIONS ) | |
| GOVERNMENT SERVICES, INC., ) | |
| ) | |
| and ) | |
| ) | |
| SGT INC., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT L-3 COMMUNICATIONS GOVERNMENT SERVICES, INC.'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Defendant, L-3 Communications Government Services, Inc. ("L-3" or "this defendant"), hereby moves this Court for a two-week extension of time to file its responsive pleadings and Certificate required by Local Rule 7.1 up to and including May 30, 2006.

On January 3, 2006, Plaintiff filed her Complaint in this action. On April 25, 2006, Plaintiff served the Complaint on this defendant, making L-3's responsive pleadings due on or before May 15, 2006.

In order to file appropriate responsive pleadings and a proper Rule 7.1 Certificate, the undersigned counsel respectfully requests that this Court grant a two-week extension of time to file the aforementioned, up to and including May 30, 2006. L-3 has attempted to confer with

counsel for the Plaintiff, to obtain Plaintiff's consent to this Motion, but was unable to reach her notwithstanding multiple attempts.

>Respectfully Submitted,
>
>L-3 COMMUNICATIONS
>GOVERNMENT SERVICES, INC.
>
>
>By: ___/s/  Megan S. Ben'Ary_____
>         Counsel

John M. Barr
Megan S. Ben'Ary (D.C. Bar No. 493415)
LeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia  22314
(703) 684-8007
(703) 684-8075 (Facsimile)