IN THE UNITED STATES DISTRICT CIRCUIT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HONEYWELL TECHNOLOGY ) | |
| SYSTEMS INC. ) | |
| ) | Case No.: 1:05CV02502 (RWR) |
| and ) | |
| ) | |
| L-3 COMMUNICATIONS ) | |
| GOVERNMENT SERVICES, INC. ) | |
| ) | |
| and ) | |
| ) | |
| SGT INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION of the motion of Defendant L-3 Communications Government Services, Inc. for an extension of time within which to file responsive pleadings, and representations by counsel that consent was sought but that Plaintiff's counsel could not be reached, it is,

ORDERED that the motion of Defendant L-3 Communications Government Services, Inc. for an extension of time be, and the same hereby is, GRANTED, and it is further,

ORDERED that Defendant L-3 Communications Government Services, Inc. shall have until May 30, 2006 to file responsive pleadings and a Certificate required by Local Rule 7.1.

ENTERED this ____ day of May, 2006.

_____
Judge Richard W. Roberts

Copies to:

John M. Barr
Megan S. Ben'Ary (D.C. Bar No. 493415)
LeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, VA  22314

Jo Ann P. Miles (Bar No. 04412)
Law Office of Jo Ann P. Miles
1300 Mercantile Lane
Suite 139-S
Largo, Maryland

All Other Counsel of Record