IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL<br>6939 Georgia Avenue NW<br>Apt. 518<br>Washington, D.C. 20012,<br><br>      *Plaintiff*,<br><br>v.<br><br>HONEYWELL TECHNOLOGY SYSTEMS, INC.<br>9250 Route 108<br>Columbia, MD 21043,<br><br>   and<br><br>L-3 COMMUNICATIONS GOVERNMENT<br>SERVICES, INC.<br>A.K.A. EER SYSTEMS, INC.<br>3750 Centerview Drive<br>Chantilly, VA 20151,<br><br>   and<br><br>SGT INC.<br>7701 Greenbelt Road<br>Suite 300<br>Greenbelt, MD 20770,<br><br>      *Defendants.* | Case No. 1:05CV02502 |

## MOTION TO DISMISS

Defendant Honeywell Technology Solutions, Inc. hereby moves to dismiss the above-captioned matter pursuant to Rules 12(b)(6) and 12(b)(3) of the Federal Rules of Civil Procedure on the grounds set forth in its accompanying Memorandum in support of this Motion. A proposed Order is attached.

Respectfully submitted:

_____/s/_____
Rafael Morell, DC Bar # 463788
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2400 N Street, N.W., Fifth Floor
Washington, DC  20037
Tel:   (202) 887-0855
Fax:   (202) 887-0866

*Attorney for Honeywell Technology Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jo Ann P. Myles, Esq.
Law Office of Jo Ann P. Myles
1300 Mercantile Lane
Suite 139-S
Largo, MD 20774

_____/s/_____
Rafael E. Morell