**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SANDRA MARSHALL,<br><br>        *Plaintiff,*<br><br>v.<br><br>HONEYWELL TECHNOLOGY SYSTEMS, INC.,<br><br>   and<br><br>L-3 COMMUNICATIONS GOVERNMENT SERVICES, INC.<br>A.K.A. EER SYSTEMS, INC.,<br><br>   and<br><br>SGT INC.,<br><br>        *Defendants.* | Case No. 1:05CV02502 |

**ORDER**

Upon consideration of Defendant Honeywell Technology Solution, Inc.'s Motion to Dismiss, any opposition thereto, and any reply, it is hereby ORDERED that such motion should be, and hereby is, GRANTED.

SO ORDERED this _____ day of _____, 2006.

                                                        _____
                                                        RICHARD W. ROBERTS
                                                        UNITED STATES DISTRICT JUDGE