IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL TECHNOLOGY SYSTEMS, INC.,<br><br>L-3 COMMUNICATIONS GOVERNMENT SERVICES, INC.<br><br>and<br><br>SGT, INC.,<br><br>Defendants. | Case No. 1:05CV02502<br><br>Judge Richard W. Roberts |

**DEFENDANT L-3 COMMUNICATION GOVERNMENT SERVICES, INC.'S MOTION TO DISMISS**

Defendant, L-3 Communications Government Services, Inc. ("GSI"), through undersigned counsel, hereby moves this Court pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, to dismiss the Plaintiff's claims against it because this Court lacks subject matter jurisdiction over these claims. As discussed in the accompanying Memorandum of Law, the Court lacks subject matter jurisdiction over the claims of age discrimination in violation of the ADEA, 29 U.S.C. 623(a)(1), and Section 2-222 of the Prince George's County Human Rights Code, because the Plaintiff failed to exhaust her administrative remedies by never filing a charge of age discrimination against GSI before either the EEOC or an appropriate state agency.

WHEREFORE, Defendant GSI respectfully requests the Court to grant this motion and dismiss the entire Complaint against it.

Respectfully submitted,

/s/ Megan S. Ben'Ary
John M. Barr
Megan S. Ben'Ary (D.C. Bar No. 493415)
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
Phone: 703-684-8007
Fax: 703-684-8075

Filed Electronically this 23rd day of May, 2006.