# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| [X] FEPA | ds04-202 |
| [ ] EEOC | 12HA400129 |

Prince George's County, H.R.C.
State or local Agency, if any                     and EEOC

**NAME** (Indicate Mr., Ms., Mrs.)
Ms. Sandra Marshall

**HOME TELEPHONE** (Include Area Code)
(202) 412-9731

**STREET ADDRESS** — **CITY, STATE AND ZIP CODE**
2727 Duke Street #702, Alexandria, VA 22314

**DATE OF BIRTH**
12/12/1940

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**
EER Systems Inc./ L-3 Communication

**NUMBER OF EMPLOYEES, MEMBERS**
Cat A (15-100)

**TELEPHONE** (Include Area Code)
(703) 708-1400

**STREET ADDRESS** — **CITY, STATE AND ZIP CODE**
3750 Centerview Drive, Chantilly, VA 20151

**COUNTY**
059

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))

[X] RACE   [ ] COLOR   [X] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN
[X] RETALIATION   [ ] AGE   [ ] DISABILITY   [ ] OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST 04/16/2002    LATEST 12/31/2003
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheet(s)):

I believe the Respondent has discriminated against me on the bases of my race (Black), sex (Female), in the terms, conditions, and privileges of my employment, involuntary termination and retaliation because:

I gained employment with a Sub-contractor as a Voice Control Supervisor. I have always demonstrated satisfactory performance. On December 19, 2003, I interviewed with a new Sub-contractor. The cited Sub-contractor informed me that my previous position was not in their contract. On January 1, 2004, the cited Sub-contractor's contract becomes effective. Other similarly situated employees' (White, Male) positions were not eliminated from the contract. I later found out that my previous position was being filled with another employee (White, Male).

I believe the cited Sub-contractor retaliated against me when they learned of the previous Title VII based complaints I filed with the Prince George's County Human Relations Commission.

I believe the Sub-contractor has treated me in this manner because of my race (Black), sex (Female) and retaliated against me because I filed a previous Title VII based complaint.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date 2/3/04    Charging Party (Signature)

**NOTARY** — (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year)

EEOC FORM 5 (Rev. 07/99)

FILE COPY