IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HONEYWELL TECHNOLOGY SYSTEMS, INC.,<br><br>L-3 COMMUNICATIONS GOVERNMENT SERVICES, INC.<br><br>　　　　and<br><br>SGT, INC.,<br><br>　　　　Defendants. | Case No. 1:05CV02502<br><br>Judge Richard W. Roberts |

## **ORDER**

UPON CONSIDERATION of Defendant L-3 Communications Government Services, Inc.'s Motion to Dismiss, Memorandum of Law in support thereof, and any opposition thereto, it is this _____ day of _____, 2006;

ORDERED that the Motion to Dismiss be, and hereby is, GRANTED; and it is further;

ORDERED that the Complaint against Defendant L-3 Communications Government Services, Inc. be dismissed with prejudice.

SO ORDERED.

Dated: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Judge Richard W. Roberts
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

Copies to:

Jo Ann P. Myles, Esq.
Law Offices of Jo Ann P. Myles
1300 Mercantile Lane
Suite 139-S
Largo, MD 20774
*Counsel for Plaintiff*

Megan S. Ben'Ary, Esq.
LeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
*Counsel for Defendant L-3 Government Services, Inc.*

Rafael Morell, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2400 N Street, N.W. Fifth Floor
Washington, D.C. 20037
*Counsel for Defendant Honeywell Technology Solutions, Inc.*

Andrew P. Hollowell, Esq.
Piliero, Mazza & Pargament, PLLC
888 17th Street, N.W. Suite 1100
Washington, D.C. 20006
*Counsel for Defendant SGT, Inc.*