IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL TECHNOLOGY SYSTEMS, INC.,<br><br>L-3 COMMUNICATIONS, INC.<br><br>and<br><br>SGT, INC.,<br><br>Defendants. | Case No. 1:05CV02502<br><br>Judge Richard W. Roberts |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for L-3 Communications Government Services, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of L-3 Communications Government Services, Inc. (a private non-governmental party) which have any outstanding securities in the hands of the public:

L-3 COMMUNICATIONS, INC.

These representations are made in order that judges of this court may determine the need for recusal.

                    Respectfully submitted,

                    /s/ Megan S. Ben'Ary_____
                    John M. Barr
                    Megan S. Ben'Ary (D.C. Bar No. 493415)
                    LeClair Ryan
                    225 Reinekers Lane, Suite 700
                    Alexandria, Virginia 22314
                    Phone: 703-684-8007
                    Fax: 703-684-8075

Filed Electronically this 24th day of May, 2006.