IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL TECHNOLOGY SYSTEMS, INC.,<br><br>L-3 COMMUNICATIONS, INC.<br><br>and<br><br>SGT, INC.,<br><br>Defendants. | Case No. 1:05CV02502<br><br>Judge Richard W. Roberts |

**AMENDED CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

      I, the undersigned, counsel of record for L-3 Communications Government Services, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of L-3 Communications Government Services, Inc. which have any outstanding securities in the hands of the public:

      L-3 COMMUNICATIONS, INC.

      L-3 COMMUNICATIONS HOLDINGS, INC.

These representations are made in order that judges of this court may determine the need for recusal.

          Respectfully submitted,

          /s/ Megan S. Ben'Ary_____
          John M. Barr
          Megan S. Ben'Ary (D.C. Bar No. 493415)
          LeClair Ryan
          225 Reinekers Lane, Suite 700
          Alexandria, Virginia 22314
          Phone: 703-684-8007
          Fax: 703-684-8075

Filed Electronically this 26th day of May, 2006.