IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HONEYWELL TECHNOLOGY ) | Case No. 1:05CV02502 |
| ) | (Judge Richard W. Roberts) |
| SYSTEMS INC., ET.AL. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION TO STRIKE DEFENDANTS HONEYWELL, L-3 COMMUNICATIONS AND SGT, INC.'S MOTIONS TO DISSMISS FOR UNTIMELINESS, FOR VIOLATIONS OF THE RULES AND FOR LACK OF MERIT.**

Plaintiff, Sandra Marshall by and through her undersigned counsel, hereby moves this Honorable Court to dismiss Defendants, Honeywell Technology Systems, Inc. ("Honeywell"), L-3 Communications, Inc. ("L-3") and SGT, Inc.'s ("SGT") motions to dismiss because they are (1) untimely and in violation of both the federal rules of Civil Procedure and the District of Columbia Local Rules, (2) this Court has jurisdiction to hear Marshall's age claim and (3) Marshall amended her discrimination charges to include age on or about January 6, 2006. [1] In support of her motion to strike, Plaintiff

---

[1] The defendants Honeywell, L-3 and SGT filed their untimely motions to dismiss on the sole basis' that: (1) this court lacks jurisdiction, (2) that Marshall allegedly did not include the charge of Age Discrimination in her Prince George's County Human Relations/EEOC Charge and (3) therefore she did not exhaust her administrative remedies before filing her Age Discrimination Complaint. Plaintiff Marshall's discrimination charges are still under investigation and ongoing and on January 6, 2006 she amended her charges of discrimination against all three defendants to include age discrimination because the PGCHRC/EEOC had failed and/or refused to include age in

submits the accompanying memorandum of points and authorities, which sets forth each legal reason along with evidence as to why defendants' motions to dismiss should be denied in their entirety. For the reasons set forth in the accompanying memorandum, Plaintiff respectfully requests that her motion to strike be granted in all respects, and that the Defendants' motions to dismiss de denied and without restriction.

Respectfully Submitted,

_____/s/_____
Jo Ann P. Myles
Law Offices of Jo Ann P. Myles
1300 Mercantile Lane
Suite 139-S
Largo, Maryland  20774
Bar No. 04412
301-773-9652 (office)
301-925-4070 (fax)

Counsel for Plaintiff

---

her charge. Aff Marshall. Moreover, the Commission has not issued a "Right To Sue Letter" in Marshall's pending investigation against all three defendants. See Ex. 1, 2 and 3 with the accompanying Memorandum of Points and Authorities.

**CERTIFICAT OF SERVICE**

I hereby certify that on this 30th day of May 2006, a copy of the foregoing Plaintiff's Motion To Strike Defendants Honeywell, L-3 Communications and SGT's Motions To Dismiss was served upon the defendants by electronic filing .

Rafael Morell, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2400 N. Street, N.W. Fifth Floor
Washington, D.C. 20037

Chand N. Gupta
3981 Alcoa Drive
Fairfax, Virginia 22033

Andrew P. Hallowell, Esq.
Piliero, Mazza & Pargament, PLLC
888 17th Street N.W. Suite 1100
Washington, D.C. 20006

/s/
Jo Ann P. Myles

3