**EXHIBIT 1**

## CHARGE INFORMATION FORMATION FORM
## PRINCE GEORGE'S HUMAN RELATIONS COMMISSION

### AMENDED CHARGE

**Re: PGCHR NO: 12HA400106**
**Client/Complainant: Sandra Marshall**

**Investigator: Brenda McAllister**

pages 1 through 4

Date: January 6, 2006

**This Amended charge is being brought to include but is not limited to the Federal law and ADEA, (Age Discrimination Law)**

1. **State Your Name And Address:** Sandra Marshall
    6939 Georgia Avenue N.W.
    Apt 518
    Washington, D.C. 20012

**Home Phone:** 202- 545-8172

**Work:** [redacted]

Place of Work: Postal Service Merrifield-Temporary Casual Work

Race: African American

Sex: Female

**Respondents Information : (There are Three Respondents)**

**Respondents and The Address of Worksite of Respondents Are As Follows:**

(A)   Honeywell (same address as previously provided in original charge)

(B)  EER/L3 Communications (same address as previously provided in original charge)

( C ) SGT (same address as previously provided in original charge)

**Number of Employees**: Worksites of Respondents have approximately more than 15 Employees employed.

**Type of Business**: Contractors and they do business in Aero Space Communications with NASA in Greenbelt, Maryland. I worked in Greenbelt Maryland at the time of my termination.

5.  **Are You Employed by the employer that harmed you?** I was terminated by my employer in December 2003 also because of my age.

I began my employment with Honeywell and EER/L-3 Communications in or about 2000. I was promoted to management in January of 2000 as the only African American female manager in the Voice Control section. My problems came about in 2001-2003, when I began to be harassed based on my race and sex.

6.  **Explain as briefly as possible what happened, who did it, where it happened, etc. specify how you were discriminated against.**

In or about 2001 I was hired by L-3 through the parent contractor Honeywell. In 2001 I began to be harassed based on my race and sex. More specifically in 2001 and 2002 and 2003 I filed complaints of discrimination against my employers and I was later retaliated against for having filed those complaints. More specifically, in 2003, I was discriminated against also because of my age. I was repeatedly questioned by my supervisor about my age and when I was going to retire. I was the only employee whose name was later eliminated form the list of those employees

2

that were to be rehired on the new contract that was to start in 2004. Later I learned that a white and younger employee was given my position. The white employee that was given my job was Mike Lynos and he had no experience in my field. In fact Mike was working in the position as a data com analyst and had no experience in voice control. He was promoted to my position of voice control manager, given more money and I was terminated also because of my age.

7. **Explain why you believe these events occurred?**

The events occurred because the respondents have a pattern, practice and a standard operating procedure of discriminating and harassment against African Americans, female and persons over the age of 40.

8. **Basis of Complaint: which of the following best describes why you believe you were discriminated against?**

**Sex:** Female

**Race:** African American

**Age:** At time of termination age 54

**Reprisal/ Retaliation:** Retaliated against after filing complaint and after the favorable findings of the special investigator.

9. **What is the Employer's Policy in regard! to what happened to You ?**

The Respondents has a policy of ZERO tolerance for any type of discrimination, however this policy was in theory and not in practice.

3

10. **Please list below any persons (witnesses' fellow employees' supervisors, or others who may have additional information to support or clarify your complaint, Explain what information each can provide.**

There were many employees who observed the discrimination that I experienced. I will provide witnesses names upon request.

11. **What reason do you think the respondents will give as to why you were treated in this manner.**

The respondents will probably state that they were not aware of my age and that allegedly my job was eliminated.

12. **What else do you think *is* necessary for us to know about this company or your situation?**

13. **This matter can be settled, what would you request as a settlement?**

Monetary damages for discrimination, lost of pay, destruction of credit, loss of consortium, depression, emotional stress and strain, pain and suffering and punitive damages.

**ATTESTATION TO THE ABOVE CHARGE:**

I SANDRA MARSHALL HEREBY SWEAR AND AFFIRM UNDER THE PENALTY OF PERJURY THAT THE ABOVE STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

*Sandra McDougald Marshall* — 01/06/06
Sandra Marshall

4