IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SANDRA MARSHALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HONEYWELL TECHNOLOGY ) | Case No. 1:05CV02502 |
| SYSTEMS INC., ET.AL. ) | |
| ) | Judge Richard W. Roberts |
| Defendants. ) | |
| ) | |

## AFFIDAVIT OF SANDRA MARSHALL

I Sandra Marshall hereby swear and affirm under the penalty of perjury that the following statements below are true and correct to the best of my knowledge and belief.

1. That I am over the age of 18 and competent to give testimony in the above captioned matter.

2. That I am familiar with the facts and circumstances in this matter.

3. That when I filed my initial discrimination charges in 2003 and 2004 with the Prince Georges' County Human Relations Commission (PGCHRC), I discussed with the intake officer including age as part of my charge. I was told by that intake officer I could not include age as part of the charge. I objected to the PGCHRC/EEOC not including age to the initial three charges I filed against Honeywell, L-3 Communications and SGT.

4. My three PGCHRC/EEOC charges are still pending before the Commission. In December 2005 I was called by Kathleen Thornton of PGCHRC who wanted to know what were my claims and what was the relief that I was seeking. I emailed her back and told her that my claims included race, age, sex and conspiracy. My claims also included retaliation. A true copy of that communication is attached as Ex. 2. to my motion.

5. On or about January 6, 2006, I filed my formal initial amended charge with the PGCHRC/EEOC to include age as claim against all three defendants. A true copy is attached as Exhibit 1 to this motion to strike. Presently the EEOC is still investigating my discrimination charges and the EEOC has not issued "Right To Sue Letter".

I SANDRA MARSHALL HEREBY SWEAR AND AFFRIM UNDER THE PENALTY OF PERJURY THAT THE ABOVE STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

_____/s/_____
SANDRA MARSHALL