Law Office of
## THOMAS G. WITKOP
27 West Jefferson St.
Rockville, Maryland 20850
TomWitkop@Juno.com
(301) 294 - 3434

April 26, 2006

Harold S. Stinger, President
7701 Greenbelt Road, Suite 400
Greenbelt, MD 20770

Dear Ms. Baumgart:

Attached you will find a lawsuit which I received on 26 April 2006. I am the resident agent for SGT, Inc. in Maryland. This was delivered by private process. The company was served and has an obligation to file a responsive pleading. I suggest that you contact House counsel or an attorney to respond to the lawsuit.

You should already have the lawsuit because I sent it via facsimile to the following number: 301-614-8601. Please contact me with any questions.

Very truly yours,

Thomas G. Witkop

Enclosure