IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV02502 |
| ) | (Judge Richard W. Roberts) |
| HONEYWELL TECHNOLOGY ) | |
| SYSTEMS, INC., ) | |
| ) | |
| L-3 COMMUNICATIONS, INC., ) | |
| ) | |
| and ) | |
| ) | |
| SGT, INC., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Plaintiff's Motion to Strike Defendants Honeywell, L-3 Communications and SGT, Inc.'s Motions to Dismiss for Untimeliness, for Violations of the Rules and for Lack of Merit, and the opposition thereto, it is this _____ day of _____ 2006;

ORDERED that the Motion to Strike be, and hereby is, DENIED.

SO ORDERED.

Dated: _____   _____
   Judge Richard W. Roberts
   United States District Judge