IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL<br><br>    Plaintiff,<br><br>    v.<br><br>HONEYWELL TECHNOLOGY SYSTEMS, INC.,<br><br>L-3 COMMUNICATIONS GOVERNMENT SERVICES, INC.<br><br>    and<br><br>SGT, INC.,<br><br>    Defendants. | Case No. 1:05CV02502<br><br>Judge Richard W. Roberts |

**<u>ORDER</u>**

UPON CONSIDERATION of Plaintiff's Motion to Strike Defendant L-3 Communications Government Services, Inc.'s Motion to Dismiss, and the opposition thereto, it is this _____ day of _____, 2006;

ORDERED that the Motion to Strike be, and hereby is, DENIED.

SO ORDERED.


Dated:  _____        _____
                                    Judge Richard W. Roberts
                                    United States District Court Judge