# EXHIBIT 1



CORPORATION SERVICE COMPANY

# Notice of Service of Process

KTR / ALL
Transmittal Number: 4453565
Date Processed: 04/28/2006

| | |
|---|---|
| Primary Contact: | Meg Johnson-Law Dept- Ab-2<br>Honeywell International Inc.<br>101 Columbia Rd.<br><br>Morristown, NJ 07962 |
| Entity: | Honeywell Technology Solutions Inc.<br>Entity ID Number  2285857 |
| Entity Served: | Honeywell Technology Systems, Inc. |
| Title of Action: | Sandra Marshall vs. Honeywell Technology Systems, Inc. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Labor / Employment |
| Court: | U.S. District Court, Maryland |
| Case Number: | 1:05CV02502 |
| Jurisdiction Served: | Maryland |
| Date Served on CSC: | 04/27/2006 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Plaintiff's Attorney: | J Mark Moore<br>310-235-2468 |

MAY 0 1 2006

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882  |  sop@cscinfo.com