IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL,<br><br>    *Plaintiff,*<br><br>v.<br><br>HONEYWELL TECHNOLOGY SYSTEMS, INC.,<br><br>  and<br><br>L-3 COMMUNICATIONS GOVERNMENT SERVICES, INC.<br>A.K.A. EER SYSTEMS, INC.,<br><br>  and<br><br>SGT INC.,<br><br>    *Defendants.* | Case No. 1:05CV02502 |

## ORDER

Upon consideration of Plaintiff's Motion to Strike Defendants Honeywell, L-3 Communications and SGT, Inc.'s Motions to Dismiss for Untimeliness, for Violations of the Rules and for Lack of Merit, any opposition thereto, and any reply, it is hereby ORDERED that such motion should be, and hereby is, DENIED.

SO ORDERED this _____ day of _____, 2006.

                                 _____
                                 RICHARD W. ROBERTS
                                 UNITED STATES DISTRICT JUDGE