**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SANDRA MARSHALL, ) <br><br> *Plaintiff,* ) <br><br> v. ) <br><br> HONEYWELL TECHNOLOGY SYSTEMS, INC., ) <br><br> and ) <br><br> L-3 COMMUNICATIONS GOVERNMENT SERVICES, INC. <br> A.K.A. EER SYSTEMS, INC., ) <br><br> and ) <br><br> SGT INC., ) <br><br> *Defendants.* ) | Case No. 1:05CV02502 |

**LOCAL RULE 7.1 DISCLOSURE OF**
**CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

I, the undersigned, counsel of record for Honeywell Technology Solutions, Inc.,[1] certify

that to the best of my knowledge and belief, the following are parent companies, subsidiaries or

affiliates of  Honeywell Technology Solutions, Inc. which have any outstanding securities in the

hands of the public:

Honeywell International, Inc.

---

[1] Plaintiff has named Honeywell Technology Systems, Inc. as a Defendant.  There is no company related to Honeywell Technology Solutions, Inc. by the name of Honeywell Technology Systems, Inc.

These representations are made in order that judges of this Court may determine the need

for recusal.

Attorney of Record for Honeywell Technology Solutions, Inc.

Respectfully submitted:

_____/s/_____

Rafael Morell, DC Bar # 463788
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2400 N Street, N.W., Fifth Floor
Washington, DC  20037
Tel:     (202) 887-0855
Fax:     (202) 887-0866

*Attorney for Honeywell Technology Solutions, Inc.*

June 13, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of June, 2006, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following:


Jo Ann P. Myles, Esq.
Law Office of Jo Ann P. Myles
1300 Mercantile Lane
Suite 139-S
Largo, MD 20774

L-3 COMMUNICATIONS GOVERNMENT SERVICES, INC.
A.K.A. EER SYSTEMS, INC.
3750 Centerview Drive
Chantilly, VA 20151

SGT INC.
7701 Greenbelt Road
Suite 300
Greenbelt, MD 20770



_____/s/_____
Rafael E. Morell