IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

SANDRA MARSHALL           )
                           )
     Plaintiff,           )
                           )
     v.                  )
                           )
HONEYWELL TECHNOLOGY   )      Case No. 1:05CV02502
SOLUTIONS INC., ET.AL.     )
                           )      Judge Richard W. Roberts
     Defendants.      )
                           )
_____)

**MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiff, Sandra Marshall by and through her undersigned counsel, hereby moves this Honorable Court to grant her an extension of time in which to file a consolidated response to Defendants, Honeywell Technology Solutions, Inc. ("Honeywell"), L-3 Communications, Inc. ("L-3") and SGT, Inc.'s ("SGT") oppositions to her motion to strike.

In support of this motion, Plaintiff Marshall refers the court to the accompanying memorandum and states the following:

1.      That the defendants filed their replies to Marshall's motion to strike on June 9, 2006 (SGT), June 12, 2006 (L-3 Communications), and June 13, 2006 (Honeywell).

2.      Marshall's responses are due based on the local and federal rules of civil procedure (which includes five days, plus three days for mailing and weekends are not calculated/included) on June 19, 2006, June 22, 2006 and June 23, 2006, respectively.

3.      Plaintiff seeks an extension in this matter because: (1)  her counsel has a

protracted trial and litigation schedule over the next several weeks, (2) the facts and

issues in this matter are complex and (3) because plaintiff's counsel plans to file one

consolidated response she will need additional time in which to fully and completely

respond to the issues raised by each of the three (3) defendants in their reply briefs.

3.      Moreover, on June 14, 2006, Plaintiff's Counsel contacted all three

defense counsel in this matter advising them that she would be filing a motion with this

court seeking a 10 day enlargement of time in which to file a consolidated response to

their replies and if they consent or have any objections to the motion.

4.      Defense Counsel Megan S. Ben'Ary for L-3 Communications and Rafael

Morell for Honeywell have consented to Plaintiff's motion. Defense Counsel Andrew P.

Hallowell for SGT advised plaintiff's counsel that his client remains silent on this

motion.

5.      A short extension of time in this matter will neither harm nor prejudice the

defendants Honeywell, L-3 Communications or SGT but a denial of this motion would

prejudice, harm and deny Plaintiff Marshall full due process and a defense of her position

in this matter.

6.      Granting to Marshall an extension of time until July 3, 2006, in which to

file her response to defendants' oppositions to her Motion To Strike in this matter is a

reasonable request and defendants will not be prejudiced by the court granting such a

request.

 Wherefore, having shown good cause and that none of the parties would be

prejudiced or harmed by the court granting and entering an order extending the time in

2

which Plaintiff Marshall must file her reply, plaintiff respectfully moves this court to

enter an order granting her motion for an enlargement time in which to file her reply to

the defendants' oppositions to her motion to strike until July 3, 2006.

Respectfully Submitted,


_____/s/_____
Jo Ann P. Myles
Law Offices of Jo Ann P. Myles
1300 Mercantile Lane
Suite 139-S
Largo, Maryland  20774
Bar No. 04412
301-773-9652 (office)
301-925-4070 (fax)

Counsel for Plaintiff

## CERTIFICAT OF SERVICE

I hereby certify that on this 19th day of June 2006, a copy of the foregoing

Plaintiff's Motion For An Extension of Time was served upon the defendants by

electronic filing.

Rafael Morell, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2400 N. Street, N.W. Fifth Floor
Washington, D.C. 20037

Chand N. Gupta, Esq.
Megan S. Ben'Ary, Esq.
3981 Alcoa Drive
Fairfax, Virginia 22033

Andrew P. Hallowell, Esq.
Piliero, Mazza & Pargament, PLLC
888 17th Street N.W. Suite 1100
Washington, D.C. 20006


                                        /s/
                                    Jo Ann P. Myles