IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HONEYWELL TECHNOLOGY ) | Case No. 1:05CV02502 |
| SOLUTIONS INC., ET.AL. ) | |
| ) | Judge Richard W. Roberts |
| Defendants. ) | |
| ) | |

## CHANGE OF EMAIL ADDRESS

Madame Clerk please be advised that Plaintiff's counsel Jo Ann P. Myles has changed her email address from joamyles@hotmail.com to joamyl@aol.com.

Respectfully submitted,

/s/
Jo Ann P. Myles
Law Office of Jo Ann P. Myles
1300 Mercantile Lane
Suite 139-S
Largo, Maryland 20774
Bar No. 04412
301-773-9652 (Office)
301-925-4070 (Fax)

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of June 2006, a copy of the foregoing

Plaintiff's Change of Email Address was served upon the defendants by electronic filing.

Rafael Morell, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2400 N. Street, N.W. Fifth Floor
Washington, D.C. 20037

Chand N. Gupta, Esq.
Megan S. Ben'Ary, Esq.
3981 Alcoa Drive
Fairfax, Virginia 22033

Andrew P. Hallowell, Esq.
Piliero, Mazza & Pargament, PLLC
888 17th Street N.W. Suite 1100
Washington, D.C. 20006


                                    /s/
                              Jo Ann P. Myles