IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

SANDRA MARSHALL                    )
                                   )
        Plaintiff,                 )
                                   )
        v.                         )
                                   )
HONEYWELL TECHNOLOGY               )      Case No. 1:05CV02502
SOLUTIONS INC., ET.AL.             )
                                   )      Judge Richard W. Roberts
        Defendants.                )
                                   )
_____)

### ORDER

UPON consideration of Plaintiffs' Motion For An Extension of Time, any

opposition thereto and it appearing proper and just, on this ____day of _____2006,

it is hereby;

ORDERED, that Plaintiff Sandra Marshall's Motion For An Enlargement of Time

is hereby GRANTED and it is further,

ORDERED, that Plaintiff Sandra Marshall shall have until July 5, 2006, in which

to file her reply to defendants' oppositions to her Motion To Strike.

_____
UNITED STATES DISTRICT COURT JUDGE