IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HONEYWELL TECHNOLOGY ) | Case No. 1:05CV02502 |
| SOLUTIONS INC., ET.AL. ) | |
| ) | Judge Richard W. Roberts |
| Defendants. ) | |
| ) | |

**MOTION FOR AN EXTENSION OF TIME**

Plaintiff, Sandra Marshall by and through her undersigned counsel, hereby moves this Honorable Court to grant her a one day extension of time in which to file a consolidated response to Defendants, Honeywell Technology Solutions, Inc. ("Honeywell"), L-3 Communications, Inc. ("L-3") and SGT, Inc.'s ("SGT") oppositions to her motion to strike.

In support of this motion, Plaintiff Marshall refers the court to the accompanying memorandum and states the following:

1. That the defendants filed their replies to Marshall's motion to strike on June 9, 2006 (SGT), June 12, 2006 (L-3 Communications), and June 13, 2006 (Honeywell).

2. Marshall's response is due on July 3, 2006 based on this Court entering an order granting her first motion for an extension of time until July 3, 2005.

  3. However due to computer and system difficulties the undersigned Counsel was unable to complete Marshall's response by July 3, 2006 and will need until July 5, 2006 in which to file her response.

  4. Plaintiff's Counsel contacted all three defense counsel after 5:00 p.m. and left voice messages advising them that she would be filing a second motion with this court seeking a one day enlargement of time in which to file a consolidated response to their replies and if they consent or have any objections to the motion.

  5. A one day extension of time in this matter will neither harm nor prejudice the defendants Honeywell, L-3 Communications or SGT but a denial of this motion would prejudice, harm and deny Plaintiff Marshall full due process and a defense of her position in this matter.

  6. Granting to Marshall a one day extension of time until July 5, 2006, in which to file her response to defendants' oppositions to her Motion To Strike in this matter is a reasonable request and defendants will not be prejudiced by the court granting such a request.

 Wherefore, having shown good cause and that none of the parties would be prejudiced or harmed by the court granting and entering an order extending the time in which Plaintiff Marshall must file her reply, plaintiff respectfully moves this court to enter an order granting her motion for an enlargement time in which to file her reply to the defendants' oppositions to her motion to strike until July 5, 2006.

Respectfully Submitted,

/s/
Jo Ann P. Myles
Law Offices of Jo Ann P. Myles
1300 Mercantile Lane
Suite 139-S
Largo, Maryland  20774
Bar No. 04412
301-773-9652 (office)
301-925-4070 (fax)

Counsel for Plaintiff

## CERTIFICAT OF SERVICE

I hereby certify that on this 3rd day of July 2006, a copy of the foregoing Plaintiff's Motion For An Extension of Time was served upon the defendants by electronic filing.

Rafael Morell, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2400 N. Street, N.W. Fifth Floor
Washington, D.C. 20037

Chand N. Gupta, Esq.
Megan S. Ben'Ary, Esq.
3981 Alcoa Drive
Fairfax, Virginia 22033

Andrew P. Hallowell, Esq.
Piliero, Mazza & Pargament, PLLC
888 17th Street N.W. Suite 1100
Washington, D.C. 20006

                                                      /s/
                                      Jo Ann P. Myles