IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONEYWELL TECHNOLOGY )<br>SOLUTIONS INC., ET.AL. )<br>)<br>Defendants. )<br>) | Case No. 1:05CV02502<br><br>Judge Richard W. Roberts |

## **ORDER**

UPON consideration of Plaintiffs' Motion For An Extension of Time, any opposition thereto and it appearing proper and just, on this ____day of _____2006, it is hereby;

ORDERED, that Plaintiff Sandra Marshall's Motion For An Enlargement of Time is hereby GRANTED and it is further,

ORDERED, that Plaintiff Sandra Marshall shall have until July 5, 2006, in which to file her reply to defendants' oppositions to her Motion To Strike.

_____
UNITED STATES DISTRICT COURT JUDGE