**EXHIBIT 1**

LAW OFFICES OF LINDA M. HAMILTON, P.C.
Attn: Linda M. Hamilton, Esquire
1300 Mercantile Lane, Suite 149
Largo, Maryland 20774

### MILBURN WALKER
### INVESTIGATOR/PROCESS SERVICES

**BILLING STATEMENT-___April 25, 2006_____**
_____

**DATE**                          **ACTIVITY**


4/25/06                    Served  summons' upon


                                   Thomas G. Whitkop, C N. Gupta and CSC Lawyers
        Incorporating Service Co.


Investigative Services @ $45/hr.              **TOTAL  HOURS**
AND / OR PROCESS SERVICES@ $95.00

TOTAL DUE:        $__285.00_____

**CSC Lawyers Inc. Serv.**

**Elinam Renner**
Legal Clerk

11 E. Chase Street
Suite 4B
Baltimore Maryland 21202
Ph. 410 576 9400
Fx. 410 576 9577



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

*for the*  District of  *Columbia,*

*Sandra Marshell, Honeywell*
*Technology Systems*
*Inc. ETAL*  **CASE N**

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER   1:05CV02502

JUDGE: Richard W. Roberts

DECK TYPE: Employment Discrimination

DATE STAMP: 12/30/2005

**TO:** (Name and address of Defendant)

*Honeywell Technology*
*Systems Inc.*
*9250 Route 108*
*Columbia, Md. 21043*

*Serve: Resident Agent*
*CSC Lawyers Incorporating*
*Service Co.*
*11 East Chase Street*
*Baltimore, Md. 21202*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

*Johnnie P. Mylor*
*Law Office of Johnnie P. Mylor*
*1300 Mercantile Lane Suite 139-S*
*Largo, Md. 20774*

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

(BY) DEPUTY CLERK  *Maureen Higgins*

DEC 3 0 2005
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/25/06 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Milburn Walker | Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

     11 E. Chase St Baltimore, MD

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 95.00 | $0.00  95.00 |

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/25/06     _Milburn Walker_
            *Date*          *Signature of Server*

                      2600 Brinkley Rd. 801 Ft. Wash. MD
                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_For The_                          District of     _Columbia_

_Endra Marshall_     v.   _Honeywell Technology System_
_ET AL_                                  **CASE**

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER   1:05CV02502

JUDGE: Richard W. Roberts

DECK TYPE: Employment Discrimination

DATE STAMP: 12/30/2005

**TO:** (Name and address of Defendant)

_AGT Inc._
_7701 Greenbelt Road_
_Suite 300_
_Greenbelt, Maryland 20770_

_Serve: Thomas J. Whitkop_
_27 West Jefferson St._
_Rockville, Maryland_
_20850_

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

_John P. Myles_
_Law Office of John P. Myles_
_1300 Mercantile Lane_
_Suite 139-S_
_Largo, Md 20774_

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

_Maureen Higgins_
(By) DEPUTY CLERK

DEC 3 0 2005

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/25/06 | |
| NAME OF SERVER *(PRINT)* Milburn Walker | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
27 West Jefferson St.
Rockville, MD

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES 95.00 | TOTAL $0.00  95.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/25/06
_____
Date

_____
Signature of Server

2600 Brinkley Rd #801  Ft. Wash. MD
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_For The_ _____ District of _Columbia_ _____

_Sandra Marshall_ v. _Honeywell Technology Systems Inc. et al_

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER  1:05CV02502

JUDGE: Richard W. Roberts

DECK TYPE: Employment Discrimination

DATE STAMP: 12/**30**/2005

TO: (Name and address of Defendant)

_L-3 Communications_
_Government Services, Inc._
_3750 Centerview Drive_
_Chantilly, Va. 20151_

_Serve: Resident Agent_
_Chand N. Gupta_
_3981 Alcoa Drive_
_Fairfax, Virginia_
_22033_

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

_Johnny P. McGee_
_Law Office of Johnny P. McGee_
_1300 Mercantile Lane_
_Suite 139-S_
_Largo, Maryland 20774_

an answer to the complaint which is served on you with this summons, within ____20____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

_Maureen Higgins_

(By) DEPUTY CLERK

DEC 3 0 2005

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | 4/25/06 |
| NAME OF SERVER (PRINT)  Milburn Walker | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
  3981 Alcoa Drive
  Fairfax, Virginia

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES  95.00 | TOTAL  $0.00  95.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/25/06       _Milburn Walker_
              Date          Signature of Server

              2600 Brinkley Rd #801 Ft. Wash. MD
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.