IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HONEYWELL TECHNOLOGY ) | Case No. 1:05CV02502 |
| SYSTEMS INC., ET.AL. ) | |
| ) | Judge Richard W. Roberts |
| Defendants. ) | |
| ) | |

### AFFIDAVIT OF JO ANN P. MYLES

I Jo Ann P. Myles hereby swear and affirm under the penalty of perjury that the following statements below are true and correct to the best of my knowledge and belief.

1. That I am over the age of 18 and competent to give testimony in the above captioned matter.

2. That I am familiar with the facts and circumstances in this matter.

3. Prior to defendants filing their Motions To Dismiss and motion for extension of time, I was never contacted by any of the defendants' counsel in this matter to discuss this case or for my consent to a motion for an extension of time.

4. On April 25, 2006, I was hand delivered a service of process bill, three affidavits and a CSC business card from attorney Linda Hamilton. A true copy of the bill, affidavits of service of process for the three defendants in this matter and the CSC business card are attached as part of Ex. 1.

I JO ANN P. MYLES HEREBY SWEAR AND AFFRIM UNDER THE PENALTY OF PERJURY THAT THE ABOVE STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

                                              _____/s/_____
                                              JO ANN P. MYLES