IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL<br><br>    Plaintiff,<br><br>v.<br><br>HONEYWELL TECHNOLOGY SYSTEMS, INC.,<br><br>L-3 COMMUNICATIONS GOVERNMENT SERVICES, INC.,<br><br>    and<br><br>SGT, INC.,<br><br>    Defendants. | Case No. 1:05CV02502<br><br>Judge Richard W. Roberts |

**DEFENDANT L-3 COMMUNICATIONS GOVERNMENT SERVICES, INC.'S SURREPLY IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE**

Defendant, L-3 Communications Government Services, Inc. ("L-3"), hereby files this Surreply in Opposition to Plaintiff's Motion to Strike, to address the limited issue of compliance with LCvR 7(m), as raised by the Plaintiff in her Reply to Defendants' Oppositions to Motion to Strike:

    1.    On May 15, 2006, Defendant L-3 filed a Motion for Extension of Time to File Responsive Pleadings, seeking a two-week extension of time to file its responsive pleadings and Certificate required by Local Rule 7.1, up to and including May 30, 2006.

    2.    Prior to filing the Motion for Extension, and in compliance with LCvR 7(m), counsel for L-3 attempted to confer with counsel for the Plaintiff, to obtain Plaintiff's consent to the Motion, but was unable to reach her notwithstanding multiple attempts.

3.      Plaintiff never filed an Opposition to Defendant L-3's Motion for Extension, and only now, in her Reply to Defendants' Oppositions to Motion to Strike, has counsel for the Plaintiff filed an Affidavit denying that counsel for L-3 attempted to contact her to confer on the Motion for Extension prior to filing.

4.      As such, Defendant L-3 files the instant Surreply to confirm the efforts made by its counsel to comply with LCvR 7(m) and to obtain Plaintiff's consent to the Motion for Extension, as set forth in the affidavits of John M. Barr and Leslie V. Heenan attached hereto as Exhibits 1 and 2.

5.      For all reasons set forth in the pleadings filed herein, Defendant L-3 respectfully requests that the Plaintiff's Motion to Strike be denied in its entirety and that L-3's Motion to Dismiss be granted.

Respectfully Submitted,

L-3 COMMUNICATIONS
GOVERNMENT SERVICES, INC.


/s/ Megan S. Ben'Ary
John M. Barr
Megan S. Ben'Ary (D.C. Bar No. 493415)
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
Phone: 703-684-8007
Fax: 703-684-8075

Filed electronically this 10th day of July, 2006.