IN THE UNITED STATES DISTRICT CIRCUIT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONEYWELL TECHNOLOGY )<br>SYSTEMS INC. )<br>)<br>and )<br>)<br>L-3 COMMUNICATIONS )<br>GOVERNMENT SERVICES, INC. )<br>)<br>and )<br>)<br>SGT INC., )<br>)<br>Defendants. )<br>) | Case No.: 1:05CV02502 (RWR) |

## AFFIDAVIT OF JOHN M. BARR

John M. Barr, being duly sworn, affirms as follows:

1. I am a partner with the law firm LeClair Ryan, A Professional Corporation ("LeClair Ryan"). LeClair Ryan represents L-3 Communications Government Services, Inc. ("L-3") in the above-captioned lawsuit filed by Sandra Marshall ("Marshall"). I am over the age of 18 and I have personal knowledge of the facts contained within this Affidavit.

2. On or about May 11, 2006, I personally placed a telephone call to the office telephone number of Jo Ann P. Myles, counsel for Marshall, in an attempt to seek her consent to L-3's request for additional time in which to file responsive pleadings on behalf of L-3.

3. In the phone call referenced in Paragraph 2 of this Affidavit, I left a message with a woman who asserted that she could to take messages for Ms. Myles. In my message, I identified myself, the fact that I represented L-3, and requested that Ms. Myles return my phone call.

4. Ms. Myles never returned my telephone call.

5. At my direction, an associate with my firm also attempted to contact Ms. Myles but it is my understanding that she was not successful in reaching Ms. Myles.

6. On May 15, 2006, after multiple failed attempts to confer with Ms. Myles, LeClair Ryan filed a Motion for Extension of Time to File Responsive Pleadings on behalf of L-3.

7. The foregoing is true and correct to the best of my knowledge and belief.

_____
John M. Barr


COMMONWEALTH OF VIRGINIA    )
                            ) ss.
City OF Richmond            )

The foregoing Affidavit was acknowledged before me on July 10, 2006 by John M. Barr.

_____
Deborah Y. Burke
Notary Public
My commission expires:

August 31, 2007