IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL,<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL TECHNOLOGY SYSTEMS, INC.,<br><br>L-3 COMMUNICATIONS, INC.<br><br>and<br><br>SGT, INC.,<br><br>Defendants. | Case No. 1:05CV02502<br><br>Judge Richard W. Roberts |

### AFFIDAVIT OF LESLIE V. HEENAN

Leslie V. Heenan, being duly sworn, affirms as follows:

1. I am an associate with the law firm LeClair Ryan, A Professional Corporation ("LeClair Ryan"). LeClair Ryan represents L-3 Communications Government Services, Inc. ("L-3") in the above-captioned lawsuit filed by Sandra Marshall ("Marshall"). I am over the age of 18 and have personal knowledge of the facts contained within this affidavit.

2. On May 15, 2006, LeClair Ryan filed a Motion for Extension of Time to File Responsive Pleadings on behalf of L-3. Before doing so, I personally placed two telephone calls to Jo Ann P. Myles, counsel for Marshall, in an attempt to confer on said motion.

3. I was unable to reach Ms. Myles at her office telephone number on my first attempt, which I believe occurred on May 11, 2006. I do not recall whether I left a message at that time.

4. Upon my second call to Ms. Myles office telephone number, which I believe occurred on May 12, 2006, I reached Ms. Myles answering service. I left a detailed message with her answering service, explaining that I was an attorney at LeClair Ryan, that LeClair Ryan represented L-3, that we were seeking an extension of time in which to file responsive pleadings, and that it was very important that she return my call as soon as possible.

5. Ms. Myles never returned my telephone call.

6. The foregoing is true and correct to the best of my knowledge and belief.

_____
Leslie V. Heenan


COMMONWEALTH OF VIRGINIA         )
                                 ) ss.
~~COUNTY~~ City OF Alexandria    )

The foregoing Affidavit was acknowledged before me on July 10, 2006 by Leslie V. Heenan.

_____
Elizabeth M. Saladin
Notary Public
My commission expires:
2/28/09

2