IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL, <br><br> Plaintiff, <br><br> v. <br><br> HONEYWELL TECHNOLOGY SYSTEMS, INC., <br><br> L-3 COMMUNICATIONS, INC., <br><br> and <br><br> SGT, INC., <br><br> Defendants. | Case No. 1:05CV02502 <br> (Judge Richard W. Roberts) |

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Antonio R. Franco as counsel in this case for SGT, Inc.

_10/2/06_
Date

_[signature]_
Signature

Antonio R. Franco
Print Name

416787
BAR IDENTIFICATION

888 17th Street, N.W., Suite 1100
Address

Washington, D.C.          20006
City         State        Zip Code

202-857-1000
Phone Number