IN THE UNITED STATES DISTRICT CIRCUIT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| SANDRA MARSHALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:05CV02502 (RWR) |
| | ) | |
| HONEYWELL TECHNOLOGY SYSTEMS INC., *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT L-3 COMMUNICATIONS GOVERNMENT SERVICES, INC.'S MOTION TO SET A DEADLINE FOR FILING A RESPONSE TO THE AMENDED COMPLAINT**

Defendant, L-3 Communications Government Services, Inc. ("L-3"), hereby moves this Court to set a deadline of February 1, 2007 for the filing of a response to Plaintiff's revised Complaint.

It is unclear exactly when Plaintiff effected service of her revised Complaint on L-3. Accordingly, it is unclear exactly when a response is due. On the Certificate of Service attached to the revised Complaint, Plaintiff's counsel certified that she served the revised Complaint on December 30, 2006. The undersigned counsel did not receive it until January 5, 2007, at which time the undersigned counsel received an automatically generated notice of the electronic filing from the ECF system. On January 8, 2007, the undersigned counsel received a notice of corrected docket entry from the ECF system stating that the January 5, 2007 filing was incorrectly filed and that the clerk would refile. Shortly thereafter, counsel for L-3 confirmed with the law clerk assigned to the case that no responsive pleadings were due at that time. On January 12, 2007, the undersigned counsel again received notice of filing of an amended complaint. For purposes of this motion, the undersigned assumes filing was proper on January

12, 2007. Adding ten days plus three days for electronic service, the undersigned counsel calculates a February 1, 2007 due date for responsive pleadings. However, given the separate filings and the multiple potential due dates, L-3 respectfully moves this Court to set that deadline by entry of an appropriate order.

Further, L-3 requests this deadline because the Amended Complaint constitutes a major revision to the original Complaint. The original eight-page Complaint contained only a claim for age discrimination. The twenty-four-page Amended Complaint still includes the claim for age discrimination as well as five other counts titled: Title VII, 42 U.S.C. § 1981, CRA of 1871, Fifth and Eighth Amendments; Retaliation; Equal Pay Act; Intentional Infliction of Emotional Distress; and Negligent Supervision and Retention. L-3 had no prior notice of any of these new causes of action and thus needs the full allotment of time in which to respond.

In order to file appropriate responsive pleadings, L-3 respectfully requests that the due date for responsive pleadings not be set any earlier than February 1, 2007. Counsel for L-3 has attempted to confer with counsel for the Plaintiff, to obtain Plaintiff's consent to this Motion, but was unable to reach her.

> Respectfully Submitted,
>
> L-3 COMMUNICATIONS
> GOVERNMENT SERVICES, INC.
>
>
> By:    /s/  Megan S. Ben'Ary
>              Counsel

John M. Barr
Megan S. Ben'Ary (D.C. Bar No. 493415)
Leslie V. Heenan (D.C. Bar No. 490431)
LeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia  22314
(703) 684-8007 / (703) 684-8075 (Facsimile)