IN THE UNITED STATES DISTRICT CIRCUIT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONEYWELL TECHNOLOGY )<br>SYSTEMS INC., *et al.*, )<br>)<br>Defendants. )<br>) | Case No.: 1:05CV02502 (RWR) |

## **ORDER**

UPON CONSIDERATION of the motion of Defendant L-3 Communications Government Services, Inc. to set a deadline for filing a response to the amended complaint, and representations by counsel that consent was sought but that Plaintiff's counsel could not be reached, it is,

ORDERED that the motion of Defendant L-3 Communications Government Services, Inc. to set a deadline for the filing of a response to the amended complaint be, and the same hereby is, GRANTED, and it is further,

ORDERED that Defendant L-3 Communications Government Services, Inc. shall have until February 1, 2007 to file a response to the amended Complaint.

ENTERED this ____ day of _____, 2007.


_____
Judge Richard W. Roberts