IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANDRA MARSHALL,

    Plaintiff,

v.

HONEYWELL TECHNOLOGY SYSTEMS, INC.,

L-3 COMMUNICATIONS, INC.,

and

SGT, INC.,

    Defendants.

Case No. 1:05-CV-02502 (RWR)

## **ORDER**

Upon consideration of Defendant SGT, Inc.'s Motion for Enlargement of Time, and any opposition thereto, it is this _____ day of _____ 2007;

ORDERED that Defendant's Motion Enlargement of Time is GRANTED;

IT IS FURTHER ORDERED that Defendant's response to Plaintiff's Amended Complaint is due on February 1, 2007.

SO ORDERED.

Dated: _____

                                            Judge Richard W. Roberts
                                            United States District Judge