IN THE UNITED STATES DISTRICT CIRCUIT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SANDRA MARSHALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:05CV02502 (RWR) |
| | ) | |
| HONEYWELL TECHNOLOGY SYSTEMS INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

Pursuant to LCvR 83.6, Leslie V. Heenan hereby enters her appearance as co-counsel for Defendant L-3 Communications Government Services, Inc. in the above-captioned case.

The firm address, telephone and facsimile numbers, as well as e-mail address for Leslie V. Heenan are as follows:

Leslie V. Heenan (D.C. Bar No. 490431)
225 Reinekers Lane, Suite 700
Alexandria, VA  22314
(703) 684-8007
(703) 684-8075 (fax)
leslie.heenan@leclairryan.com

Respectfully submitted,

LECLAIR RYAN, A Professional Corporation

_____/s/_____
John M. Barr
Megan S. Ben'Ary (D.C. Bar No. 493415)
Leslie V. Heenan (D.C. Bar No. 490431)
225 Reinekers Lane, Suite 700
Alexandria, VA  22314
(703) 684-8007/(703) 684-8075 (fax)

1