## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:05CV02502 |
| HONEYWELL TECHNOLOGY ) | (Judge Richard W. Roberts) |
| SYSTEMS, INC., ) | |
| ) | |
| L-3 COMMUNICATIONS, INC. ) | |
| ) | |
| and ) | |
| ) | |
| SGT, INC. ) | |
| ) | |
| Defendants ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

To the clerk of this court and all parties of record:

Andrew P. Hallowell hereby withdraws as counsel for SGT, Inc., in the above-captioned case. SGT, Inc. has other counsel of record in this case.

January 23, 2007

/s/
Andrew P. Hallowell, Bar No. 420538
PARGAMENT & HALLOWELL, PLLC
1776 K Street, N.W., Suite 825
Washington, DC 20006
(202) 775-0707