IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HONEYWELL TECHNOLOGY ) | Case No. 1:05CV02502 |
| SOLUTIONS INC., ET.AL. ) | |
| ) | Judge Richard W. Roberts |
| Defendants. ) | |
| ) | February 1, 2007 Responses Due |

**MOTION FOR LEAVE OF COURT TO FILE CORRECTED
AMENDED COMPLAINT**

Plaintiff, Sandra Marshall by and through her undersigned counsel, hereby moves this Honorable Court to grant her motion for leave of court to file the attached Corrected Amended Complaint pursuant to Fed. R. Civ. Proc. 7(b) and 15(a) , *non pro tunc*. See Exhibit 1.

In support of this motion, Plaintiff Marshall refers the court to the accompanying memorandum and states the following:

1.  That on or about January 12, 2007, the Plaintiff in this matter filed an Amended Complaint adding new claims and supplementing the facts in this matter.

2.  That during the period of January 8 through 18, 2007, Plaintiff's undersigned Counsel participated in a discrimination trial in the Circuit Court for Prince George's County, Maryland.

3.  Subsequent to the end of that trial, Plaintiff's Counsel in reviewing the Amended Complaint filed in this matter and has corrected some inadvertent errors and

omissions but not the substance of the Amended Complaint filed. She has not added any new claims in the Corrected Amended Complaint.

4. The Corrected Amended Complaint that Plaintiff seeks leave of Court to file makes the Plaintiff's Amended Complaint clearer, more precise and brings forth her allegations in a more succinct light.

5. Granting to Plaintiff Marshall's Motion For Leave of Court To File her Corrected Amended Complaint in this matter is a reasonable request and defendants will not be prejudiced by the court granting such a request. The facts alleged already in this matter are well known to the defendants. There has been no trial or discovery dates set in this matter. A response is due by defendants by February 1, 2007. If the Court would deny the Plaintiff's motion it would prejudice and harm plaintiff as to her claims in this matter.

6. Inasmuch that the defendants have until February 1, 2007 to file their answer to the Amended Complaint, the filing of the Corrected Amended Complaint would not hinder nor delay the defendants' ability to file a timely response in this matter because no new claims have been added to the Corrected Amended Complaint.

In the alternative, the plaintiff does not object to the court granting the defendants any additional extension of time to respond to the Corrected Amended Complaint if the court deems it necessary to do so in the interest of justice and fairness.

Wherefore, having shown good cause and that none of the parties would be prejudiced or harmed by the court granting and entering an order allowing Plaintiff leave of Court to file her Corrected Amended Complaint, Plaintiff Marshall respectfully moves

this court to enter an order granting her motion for leave of court to file her Corrected Amended Complaint *non pro tunc.*

Respectfully Submitted,

_____/s/_____
Jo Ann P. Myles
Law Offices of Jo Ann P. Myles
1300 Mercantile Lane
Suite 139-S
Largo, Maryland  20774
Bar No. 04412
301-773-9652 (office)
301-925-4070 (fax)

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of January 2006, a copy of the foregoing Plaintiff's Motion For Leave Of Court To File Corrected Amended Complaint was served upon the defendants by electronic filing.

Rafael Morell, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2400 N. Street, N.W. Fifth Floor
Washington, D.C. 20037

Chand N. Gupta, Esq.
Megan S. Ben'Ary, Esq.
3981 Alcoa Drive
Fairfax, Virginia 22033

Andrew P. Hallowell, Esq.
Piliero, Mazza & Pargament, PLLC
888 17th Street N.W. Suite 1100
Washington, D.C. 20006

                                                 /s/
                                      Jo Ann P. Myles