IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HONEYWELL TECHNOLOGY ) | Case No. 1:05CV02502 |
| SOLUTIONS INC., ET.AL. ) | |
| ) | Judge Richard W. Roberts |
| Defendants. ) | |
| ) | |

## **ORDER**

UPON consideration of Plaintiffs' Motion For Leave of Court To File Corrected Amended Complaint, any opposition thereto and it appearing proper and just, on this ____day of _____2007, it is hereby;

ORDERED, that Plaintiff Sandra Marshall's Motion Amended Complaint on For Leave of Court To File Corrected Amended Complaint is hereby GRANTED and it is further,

ORDERED, that Plaintiff Sandra Marshall Corrected Amended Complaint is hereby deemed filed.

_____
UNITED STATES DISTRICT COURT JUDGE