IN THE UNITED STATES DISTRICT CIRCUIT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SANDRA MARSHALL, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 1:05CV02502 (RWR) |
| HONEYWELL TECHNOLOGY SYSTEMS INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT L-3 COMMUNICATIONS GOVERNMENT SERVICES, INC.'S
MOTION FOR EXTENSION OF TIME TO FILE
A RESPONSE TO THE "CORRECTED" AMENDED COMPLAINT**

Defendant, L-3 Communications Government Services, Inc. ("L-3"), hereby moves this Court for an extension of time to file a response to either the Amended Complaint or the "Corrected" Amended Complaint until ten days after an order is entered granting or denying Plaintiff's Motion for Leave of Court to File a Corrected Amended Complaint.

After much confusion surrounding the filing of the Amended Complaint in this case, this honorable Court set a deadline of February 1, 2007 for the Defendants to respond. Now, just three days before Defendants' responses are due, Plaintiff has filed a Motion for Leave of Court to File a Corrected Amended Complaint (hereinafter "Motion to 'Correct'"). The Amended Complaint itself constitutes a major revision to the original Complaint. Without further analysis, it is unclear whether the revisions to the Corrected Amended Complaint are significant. If the Court grants Plaintiff's Motion to "Correct," L-3 will need ample time to fully analyze the Corrected Amended Complaint in order to respond appropriately.

Accordingly, L-3 respectfully moves this Court to grant it ten days from the date that an order is entered on Plaintiff's Motion during which to respond to either the Amended Complaint or the Corrected Amended Complaint, depending on the outcome of Plaintiff's Motion. The undersigned counsel has conferred with Plaintiff's counsel and obtained her consent to the relief requested herein.

        Respectfully Submitted,

        L-3 COMMUNICATIONS
        GOVERNMENT SERVICES, INC.


        By:   /s/  Leslie V. Heenan
                  Counsel

John M. Barr
Megan S. Ben'Ary (D.C. Bar No. 493415)
Leslie V. Heenan (D.C. Bar No. 490431)
LeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia  22314
(703) 684-8007 (Telephone)
(703) 684-8075 (Facsimile)