IN THE UNITED STATES DISTRICT CIRCUIT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05CV02502 (RWR) |
| ) | |
| HONEYWELL TECHNOLOGY ) | |
| SYSTEMS INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

UPON CONSIDERATION of the motion of Defendant L-3 Communications Government Services, Inc. for an extension of time for filing a response to the amended complaint, and representations by counsel that Plaintiff has consented to this Motion, it is,

ORDERED that the motion of Defendant L-3 Communications Government Services, Inc. for an extension of time to file a response to either the Amended Complaint or the Corrected Amended Complaint be, and the same hereby is, GRANTED, and it is further,

ORDERED that Defendant L-3 Communications Government Services, Inc. shall have until ten days after an order is entered either granting or denying Plaintiff's Motion for Leave of Court to File a Corrected Amended Complaint to file a response to the appropriate Amended Complaint, as determined by the aforementioned order.

ENTERED this _____ day of _____, 2007.

_____
Judge Richard W. Roberts