IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SANDRA MARSHALL,  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.  )<br>  )<br> HONEYWELL TECHNOLOGY SYSTEMS, INC. )<br> ET AL.,  )<br>  )<br>   Defendant.  )<br>  ) | Case No. 1:05CV02502 |

**DEFENDANT HONEYWELL TECHNOLOGY SOLUTIONS, INC.'S
RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE OF COURT
TO FILE CORRECTED AMENDED COMPLAINT**

Defendant Honeywell Technology Solutions, Inc. ("HTSI") does not object to Plaintiff's Motion for Leave of Court to File Corrected Amended Complaint. In order to avoid filing two Answers in this matter, HTSI will, by separate motion, request that this Court grant an extension to file an Answer.

Respectfully submitted:

_____/s/_____
Rafael Morell, DC Bar # 463788
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2400 N Street, N.W., Fifth Floor
Washington, DC  20037

Tel:   (202) 887-0855
Fax:  (202) 887-0866

*Attorney for Honeywell Technology Solutions, Inc.*

Dated this 30th day of January, 2007