IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SANDRA MARSHALL, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>HONEYWELL TECHNOLOGY SYSTEMS, INC. )<br>ET AL., )<br>)<br>*Defendant.* )<br>) | Case No. 1:05CV02502 |

**DEFENDANT HONEYWELL TECHNOLOGY SOLUTIONS, INC.'S
MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER**

    Defendant Honeywell Technology Solutions, Inc. ("HTSI") hereby moves this Court for an Order extending the time to file an Answer in this matter. For the reasons discussed in the accompanying Memorandum, HTSI requests an extension of ten days from the date that this Court grants or denies Plaintiff's Motion for Leave of Court to File Corrected Amended Complaint. Pursuant to Local Rule 7(m), Counsel for HTSI has conferred by telephone with Plaintiff's counsel regarding HTSI's Motion. Plaintiff's counsel does not oppose HTSI's Motion. A proposed Order is attached.

    Respectfully submitted:

    /s/
Rafael Morell, DC Bar # 463788
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2400 N Street, N.W., Fifth Floor
Washington, DC 20037

Tel:    (202) 887-0855
Fax:    (202) 887-0866

*Attorney for Honeywell Technology Solutions, Inc.*

Dated this 30th day of January, 2007.