**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SANDRA MARSHALL, ) ) *Plaintiff,* ) ) v. ) ) HONEYWELL TECHNOLOGY SYSTEMS, INC. ) ET AL., ) ) *Defendant.* ) ) | Case No. 1:05CV02502 |

## MEMORANDUM IN SUPPORT OF DEFENDANT HONEYWELL TECHNOLOGY SOLUTIONS, INC.'S MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER

This Court should grant Defendant Honeywell Technology Solutions, Inc.'s ("HTSI") Motion for Extension of Time to File an Answer ("Motion"). Granting HTSI's Motion will ensure that HTSI will not have to file two Answers in this matter. As noted in HTSI's Motion, Plaintiff does not oppose the requested extension.

## BACKGROUND

Plaintiff filed a Complaint in this matter on December 30, 2005 against HTSI, L-3 Communications Government Services, Inc. ("L-3"), and SGT, Inc. ("SGT"). Docket No. 1. Defendants filed separate Motions to Dismiss. Docket Nos. 6, 7, and 8. While the Motions to Dismiss were pending, Plaintiff filed an Amended Complaint on January 12, 2007. Docket No. 26. On January 18, 2007, the Court set February 1, 2007 as the date to respond to the Amended Complaint. On January 29, 2007, Plaintiff filed a Motion for Leave to File Corrected Amended Complaint. Docket No. 31. HTSI does not oppose Plaintiff's Motion for Leave to File Corrected Amended Complaint.

## ANALYSIS

Because Plaintiff has amended her Complaint once, Plaintiff may not amend her Complaint again except by leave of this Court. Fed. R. Civ. P. 15(a). HTSI must file an Answer to Plaintiff's Amended Complaint by February 1, 2007. However, if the Court grants Plaintiff's Motion for Leave to File Corrected Amended Complaint, the latest Amended Complaint will supersede Plaintiff's previous Complaints. See Bancoult v. McNamara, 214 F.R.D. 5, 13 (D.D.C. 2003). HTSI would then have to file another Answer.

Granting HTSI's Motion would obviate the need for HTSI to file two Answers. Instead, HTSI would be required to file an Answer to the January 12, 2007 Amended Complaint if the Court denies Plaintiff's Motion for Leave to File Corrected Amended Complaint. If the Court grants the Plaintiff's Motion, HTSI would have to file an Answer in response to the new Amended Complaint. This approach will result in less confusion and greater efficiency. In addition, it is consistent with Rule 15's requirement that a party has ten days to respond to an amended pleading.

## CONCLUSION

For the reasons described above, this Court should grant Defendant HTSI's Motion for Extension of Time to File an Answer.

Respectfully submitted:

_____/s/_____
Rafael Morell, DC Bar # 463788
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2400 N Street, N.W., Fifth Floor
Washington, DC  20037

Tel:       (202) 887-0855
Fax:      (202) 887-0866
*Attorney for Honeywell Technology Solutions, Inc.*

Dated: January 30, 2007.