IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No. 1:05CV02502 |
| HONEYWELL TECHNOLOGY SYSTEMS, INC. ET AL., | ) |
| *Defendant.* | ) |

## ORDER

Upon consideration of Defendant Honeywell Technology Solution, Inc.'s Motion for Extension of Time to File an Answer, it is hereby ORDERED that such motion should be, and hereby is, GRANTED.

SO ORDERED this _____ day of _____, 2007.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE