IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-CV-02502 (RWR) |
| ) | |
| HONEYWELL TECHNOLOGY ) | |
| SYSTEMS, INC., ) | |
| ) | |
| L-3 COMMUNICATIONS, INC., ) | |
| ) | |
| and ) | |
| ) | |
| SGT, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT SGT INC.'S MOTION FOR ENLARGEMENT OF TIME**

Defendant SGT, Inc. ("Defendant" or "SGT"), through undersigned counsel, hereby moves this Court to grant Defendant an enlargement of time to file a response to Plaintiff's "Motion for Leave of Court to File a Corrected Amended Complaint" (hereinafter "Motion") until ten (10) days after an order either granting or denying Plaintiff's Motion is entered.

On or about December 30, 2005, Plaintiff brought an action ("Original Complaint") against Honeywell Technology Systems, Inc. ("Honeywell") , L-3 Communications, Inc. ("L-3") and SGT (collectively, the "Defendants"), alleging that Defendants discriminated against Plaintiff on the basis of age. Defendants each filed motions to dismiss the initial complaint, and Plaintiff moved to strike Defendants' motions.

Over a year later, on January 12, 2007, Plaintiff filed an Amended Complaint alleging numerous additional causes of action. For reasons that to this day remain unclear, there were

multiple filings of the Amended Complaint earlier in the month which resulted in confusion regarding when Defendants' responses to the Amended Complaint were due. Given the multiple filings by Plaintiff and the numerous causes of action added to the amended complaint, Defendants sought leave for additional time to fashion an appropriate response to Plaintiff's Amended Complaint. This Court set a deadline of February 1, 2007, for the Defendants to respond to the Amended Complaint.

Three calendar days before Defendants' response to the Amended Complaint was due, Plaintiff filed the Motion without conferring with SGT's counsel, as required by Local Rule 7(m). The Motion was served upon the Defendants at 9:13 p.m. on January 29, 2007, effectively leaving only two business days before Defendants' responses to the Amended Complaint were to be filed with this Court.

Contrary to Plaintiff's Motion, an initial review of the Corrected Amended Complaint reveals that Plaintiff has done more than simply correct errors contained in the Amended Complaint. Accordingly, SGT respectfully requests that the Court grant an extension of time of ten (10) days from the date that an order is entered either granting or denying Plaintiff's Motion to File Corrected Complaint to allow SGT to file a response.

In accordance with Local Rule 7(m), the undersigned counsel conferred with Plaintiff's counsel, via telephone on January 30, 2007, and Plaintiff's counsel had no objection to SGT's request for an enlargement of time.

3

      WHEREFORE, Defendant respectfully requests the Court to grant this motion and enter the proposed order submitted herewith.

                                                                  Respectfully submitted,

Date: <u>February 1, 2007</u>                                  <u>/s/ Antonio R. Franco</u>
                                                                        Antonio R. Franco, Esq.
                                                                        D.C. Bar No. 416787
                                                                        Jennifer L. Andrews, Esq.
                                                                        D.C. Bar No. 496974
                                                                        PilieroMazza PLLC
                                                                        888 17th Street, N.W., Suite 1100
                                                                        Washington, D.C. 20006
                                                                        (202) 857-1000

                                                                        Counsel for Defendant SGT Inc.