IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:05-CV-02502 (RWR) |
| HONEYWELL TECHNOLOGY SYSTEMS, INC., | ) |
| L-3 COMMUNICATIONS, INC., | ) |
| and | ) |
| SGT, INC., | ) |
| Defendants. | ) |

### **ORDER**

Upon consideration of Defendant SGT, Inc.'s ("Defendant") Unopposed Motion for Enlargement of Time, it is this _____ day of _____ 2007;

ORDERED that Defendant's Motion Enlargement of Time is GRANTED;

IT IS FURTHER ORDERED that Defendant's response to either Plaintiff's Amended Complaint or Plaintiff's Corrected Amended Complaint shall be due 10 days after an entry of an order either granting or denying Plaintiff's Motion for Leave of Court to File a Corrected Amended Complaint.

SO ORDERED.

_____
Judge Richard W. Roberts
United States District Judge