**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SANDRA MARSHALL, )<br>)<br>  *Plaintiff,* )<br>)<br>   v. )<br>)<br>HONEYWELL TECHNOLOGY SYSTEMS, INC. )<br>ET AL., )<br>)<br>  *Defendant.* )<br>) | Case No. 1:05CV02502 |

**DEFENDANT'S ANSWER TO AMENDED COMPLAINT**

COMES NOW Honeywell Technology Solutions, Inc. ("HTSI" or "Defendant") and answers the correspondingly enumerated allegations of Plaintiff, Sandra Marshall's Amended Complaint herein as follows:

1. The allegations in the first sentence of Paragraph No. 1 of the Complaint are a characterization of the action to which no response is necessary. To the extent a response is necessary, HTSI denies the allegations contained in Paragraph No. 1.

2. HTSI denies the allegations contained in Paragraph No. 2.

3. HTSI admits that NASA does business in the District of Columbia. HTSI denies the remaining allegations contained in Paragraph No. 3 and specifically denies that this Court is the proper venue for this action.

4. HTSI admits that Ms. Marshall was once employed by HTSI. HTSI admits that Ms. Marshall is an African American woman. HTSI denies the remaining allegations contained in Paragraph No. 4.

5.  HTSI admits that it is a corporation organized under the laws of Delaware. HTSI denies the remaining allegations contained in Paragraph No. 5.

6.  HTSI is without knowledge or information to admit or deny the allegations of Paragraph No. 6 and therefore denies the same.

7.  HTSI is without knowledge or information to admit or deny the allegations of Paragraph No. 7 and therefore denies the same.

8.  HTSI admits that it is engaged in an industry affecting commerce as defined in the Age Discrimination in Employment Act. HTSI admits that it employs 25 or more employees. HTSI denies the remaining allegations of Paragraph No 8.

9.  HTSI denies the allegations contained in Paragraph No. 9.

10. HTSI denies the allegations contained in Paragraph No. 10.

11. HTSI admits that Sandra Marshall is African American. HTSI admits that Ms. Marshall was 54 years old in 2003. HTSI denies the remaining allegations contained in Paragraph No. 11.

12. HTSI is without sufficient information to admit or deny the allegations contained in Paragraph No. 12 and therefore denies the same.

13. HTSI is without sufficient information to admit or deny the allegations contained in Paragraph No. 13 and therefore denies the same.

14. HTSI is without sufficient information to admit or deny the allegations contained in Paragraph No. 14 and therefore denies the same.

15. HTSI is without sufficient information to admit or deny the allegations contained in Paragraph No. 15 and therefore denies the same.

16. HTSI denies the allegations of Paragraph No. 16 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 16 and therefore denies the same.

17. HTSI denies the allegations of Paragraph No. 17 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 17 and therefore denies the same.

17a. HTSI denies the allegations of Paragraph No. 17a insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 17a and therefore denies the same.

17b. HTSI denies the allegations of Paragraph No. 17b insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 17b and therefore denies the same.

18. HTSI denies the allegations of Paragraph No. 18 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 18 and therefore denies the same.

19. HTSI denies the allegations of Paragraph No. 19 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 19 and therefore denies the same.

19a. HTSI denies the allegations of Paragraph No. 19a insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 19a and therefore denies the same.

19b. HTSI admits that it had policies and procedures during the relevant times. HTSI avers that it followed its policies and procedures. HTSI denies the remaining allegations of

Paragraph No. 19b that relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 19b that do not relate to HTSI and therefore denies the same.

20. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 20 and therefore denies the same.

21. HTSI denies the allegations of Paragraph No. 21 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 21 and therefore denies the same.

22. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 22 and therefore denies the same.

23. HTSI denies the allegations of Paragraph No. 23 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 23 and therefore denies the same.

24. HTSI denies the allegations of Paragraph No. 24 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 24 and therefore denies the same.

25. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 25 and therefore denies the same.

26. HTSI denies the allegations of Paragraph No. 26 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 26 and therefore denies the same.

27. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 27 and therefore denies the same.

28. HTSI denies the allegations of Paragraph No. 28 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 28 and therefore denies the same.

29. HTSI denies the allegations of Paragraph No. 29 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 29 and therefore denies the same.

30. HTSI denies the allegations of Paragraph No. 30 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 30 and therefore denies the same.

31. HTSI denies the allegations of Paragraph No. 31 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 31 and therefore denies the same.

32. HTSI denies the allegations of Paragraph No. 32 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 32 and therefore denies the same.

33. HTSI denies the allegations of Paragraph No. 33 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 33 and therefore denies the same.

34. HTSI denies the allegations of Paragraph No. 34 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 34 and therefore denies the same.

35. HTSI denies the allegations of Paragraph No. 35 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 35 and therefore denies the same.

36. HTSI is without sufficient information to admit or deny the allegations contained in Paragraph No. 36 and therefore denies the same.

37. HTSI is without sufficient information to admit or deny the allegations contained in Paragraph No. 37 and therefore denies the same.

38. HTSI is without sufficient information to admit or deny the allegations contained in Paragraph No. 38 and therefore denies the same.

39. HTSI is without sufficient information to admit or deny the allegations contained in Paragraph No. 39 and therefore denies the same.

40. HTSI is without sufficient information to admit or deny the allegations contained in Paragraph No. 40 and therefore denies the same.

41. HTSI is without sufficient information to admit or deny the allegations contained in Paragraph No. 41 and therefore denies the same.

42. HTSI denies the allegations of Paragraph No. 42 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 42 and therefore denies the same.

43. HTSI is without sufficient information to admit or deny the allegations contained in Paragraph No. 43 and therefore denies the same.

44. HTSI denies the allegations of Paragraph No. 44 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 44 and therefore denies the same.

45.     HTSI denies the allegations of Paragraph No. 45 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 45 and therefore denies the same.

46.     HTSI admits that it did not rehire Plaintiff in 2003 or thereafter. HTSI denies the remaining allegations of Paragraph No. 46 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 46 and therefore denies the same.

47.     HTSI is without sufficient information to admit or deny the allegations contained in Paragraph No. 47 and therefore denies the same.

48.     HTSI denies the allegations of Paragraph No. 48 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 48 and therefore denies the same.

49.     HTSI denies the allegations of Paragraph No. 49 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 49 and therefore denies the same.

50.     HTSI admits that it did not hire Plaintiff in 2004. HTSI denies the remaining allegations of Paragraph No. 50 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 50 that do not relate to HTSI and therefore denies the same.

51.     HTSI denies the allegations of Paragraph No. 51 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 51 and therefore denies the same.

52. HTSI denies the allegations of Paragraph No. 52 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 52 and therefore denies the same.

53. HTSI denies the allegations of Paragraph No. 53 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 53 and therefore denies the same.

54. HTSI is without sufficient information to admit or deny the allegations contained in Paragraph No. 54 and therefore denies the same.

55. HTSI denies the allegations of Paragraph No. 55 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 55 and therefore denies the same.

56. HTSI denies the allegations of Paragraph No. 56 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 56 and therefore denies the same.

57. HTSI incorporates its responses to Paragraph Nos. 1 through 56 and denies the allegations of Paragraph No. 57.

58. HTSI denies the allegations of Paragraph No. 58 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 58 and therefore denies the same.

59. HTSI denies the allegations of Paragraph No. 59 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 59 and therefore denies the same.

60. HTSI denies the allegations of Paragraph No. 60 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 60 and therefore denies the same.

61. HTSI denies the allegations of Paragraph No. 61 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 61 and therefore denies the same.

62. HTSI denies the allegations of Paragraph No. 62 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 62 and therefore denies the same.

63. HTSI denies the allegations of Paragraph No. 63 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 63 and therefore denies the same.

64. HTSI denies the allegations of Paragraph No. 64 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 64 and therefore denies the same.

65. HTSI denies the allegations of Paragraph No. 65 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 65 and therefore denies the same.

66. HTSI denies the allegations of Paragraph No. 66 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 66 and therefore denies the same.

67. HTSI denies the allegations of Paragraph No. 67 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 67 and therefore denies the same.

68. HTSI denies the allegations of Paragraph No. 68 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 68 and therefore denies the same.

69. HTSI denies the allegations of Paragraph No. 69 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 69 and therefore denies the same.

70. HTSI incorporates its responses to Paragraph Nos. 1 through 69 and denies the allegations of Paragraph No. 70.

71. HTSI denies the allegations of Paragraph No. 71 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 71 and therefore denies the same.

72. HTSI denies the allegations of Paragraph No. 72 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 72 and therefore denies the same.

73. HTSI denies the allegations of Paragraph No. 73 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 73 and therefore denies the same.

74. HTSI denies the allegations of Paragraph No. 74 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 74 and therefore denies the same.

75. HTSI denies the allegations of Paragraph No. 75 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 75 and therefore denies the same.

76. HTSI denies the allegations of Paragraph No. 76 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 76 and therefore denies the same.

77. HTSI denies the allegations of Paragraph No. 77 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 77 and therefore denies the same.

78. HTSI denies the allegations of Paragraph No. 78 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 78 and therefore denies the same.

79. HTSI denies the allegations of Paragraph No. 79 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 79 and therefore denies the same.

80. HTSI denies the allegations of Paragraph No. 80 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 80 and therefore denies the same.

81. HTSI incorporates its responses to Paragraph Nos. 1 through 80 and denies the allegations of Paragraph No. 81.

82. HTSI denies the allegations of Paragraph No. 82 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 82 and therefore denies the same.

83. HTSI denies the allegations of Paragraph No. 83 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 83 and therefore denies the same.

84. HTSI denies the allegations of Paragraph No. 84 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 84 and therefore denies the same.

85. HTSI denies the allegations of Paragraph No. 85 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 85 and therefore denies the same.

86. HTSI denies the allegations of Paragraph No. 86 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 86 and therefore denies the same.

87. HTSI denies the allegations of Paragraph No. 87 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 87 and therefore denies the same.

88. HTSI denies the allegations of Paragraph No. 88 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 88 and therefore denies the same.

89. HTSI denies the allegations of Paragraph No. 89 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 89 and therefore denies the same.

90. HTSI denies the allegations of Paragraph No. 90 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 90 and therefore denies the same.

91. HTSI incorporates its responses to Paragraph Nos. 1 through 90 and denies the allegations of Paragraph No. 91.

92. HTSI denies the allegations of Paragraph No. 92 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 92 and therefore denies the same.

93. HTSI denies the allegations of Paragraph No. 93 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 93 and therefore denies the same.

94. HTSI denies the allegations of Paragraph No. 94 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 94 and therefore denies the same.

95. HTSI denies the allegations of Paragraph No. 95 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 95 and therefore denies the same.

96. HTSI denies the allegations of Paragraph No. 96 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 96 and therefore denies the same.

97. HTSI incorporates its responses to Paragraph Nos. 1 through 96 and denies the allegations of Paragraph No. 97.

98. HTSI denies the allegations of Paragraph No. 98 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 98 and therefore denies the same.

99. HTSI denies the allegations of Paragraph No. 99 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 99 and therefore denies the same.

100. HTSI incorporates its responses to Paragraph Nos. 1 through 99 and denies the allegations of Paragraph No. 100.

101. HTSI denies the allegations of Paragraph No. 101 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 101 and therefore denies the same.

102. HTSI denies the allegations of Paragraph No. 102 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 102 and therefore denies the same.

103. HTSI denies the allegations of Paragraph No. 103 insofar as they relate to HTSI. HTSI is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 103 and therefore denies the same.

## **AFFIRMATIVE DEFENSES**

### **FIRST DEFENSE**

The Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

Venue is improper in this forum.

## THIRD DEFENSE

Plaintiff's claims are time-barred in whole or in part by applicable statutes of limitations.

## FOURTH DEFENSE

All actions of HTSI in this matter were taken in good faith and for legitimate, non-discriminatory, and non-retaliatory reasons.

## FIFTH DEFENSE

Neither age, race, or sex was a motivating factor in any employment decision or action taken by HTSI with respect to Plaintiff.

## SIXTH DEFENSE

Although HTSI denies that it discriminated against Plaintiff in any way, to the extent that it is determined that an impermissible motive may have been a factor in any decision regarding Plaintiff, which is denied, the same decision would have been reached based upon legitimate, non-discriminatory, and non-retaliatory business reasons.

## SEVENTH DEFENSE

To the extent Plaintiff has failed to make reasonable efforts to mitigate her alleged damages, any damages awarded to Plaintiff should be reduced accordingly.

## EIGHTH DEFENSE

To the extent Plaintiff seeks a double recovery for any alleged single wrong, she must elect her remedy.

### NINTH DEFENSE

The actions and decisions alleged to be wrongful in the Complaint, which allegations are denied, were contrary to HTSI's good faith efforts to comply with all applicable laws. Punitive damages and liquidated damages are not, therefore, recoverable against HTSI in this case.

### TENTH DEFENSE

The Court lacks jurisdiction over the subject matter of the Complaint to the extent that Plaintiff failed to satisfy each and every procedural prerequisite of her claims.

### ELEVENTH DEFENSE

Plaintiff's claims are barred to the extent such claims differ from or exceed the scope of a timely filed charge of discrimination.

### TWELFTH DEFENSE

Plaintiff's claim is barred to the extent that she failed to exhaust the applicable administrative remedies.

### THIRTEENTH DEFENSE

The Complaint is barred in whole or in part because Defendant exercised reasonable care to prevent and correct promptly any harassing behavior, and Plaintiff unreasonably failed to take advantage of any preventive or corrective opportunities, or to avoid harm.

**WHEREFORE,** having fully answered Plaintiff's Complaint, Defendant requests that the Court dismiss Plaintiff's action in its entirety, with prejudice.

Respectfully submitted:

_____/s/_____
Rafael Morell, DC Bar # 463788
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2400 N Street, N.W., Fifth Floor
Washington, DC  20037

Tel:      (202) 887-0855
Fax:     (202) 887-0866

*Attorney for Honeywell Technology Solutions, Inc.*

Dated this 15th day of February, 2007.