IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL, ) | |
|    Plaintiff, ) | |
|    v. ) | Case No. 1:05CV02502 (RWR) |
| HONEYWELL TECHNOLOGY ) SYSTEMS, INC., ) | |
| L-3 COMMUNICATIONS, INC., ) | |
|    and ) | |
| SGT, INC., ) | |
|    Defendants. ) | |

## DEFENDANT SGT INC.'S MOTION TO DISMISS

Defendant SGT, Inc. ("Defendant"), through undersigned counsel, hereby moves this Court, pursuant to Fed. R. Civ. P. 12(b)(6), for dismissal of Plaintiff's Corrected Amended Complaint for failure to state a claim upon which relief may be granted.

As discussed more fully in the accompanying memorandum of points and authorities, the Corrected Amended Complaint, which alleges causes of action for employment discrimination on the basis of age, racial and sexual harassment, hostile work environment, retaliation, negligent supervision, negligent retention, intentional infliction of emotional distress, civil rights violations of the Fifth and Eighth Amendments of the United States Constitution, 42 U.S.C. §1981 and the Equal Pay Act , should be dismissed because Plaintiff failed to exhaust her administrative remedies and to state causes of action for which relief can be granted.

The Court is respectfully directed to the attached memorandum for the points and authorities supporting this motion.

WHEREFORE, Defendant respectfully requests the Court to grant this motion and enter the proposed order submitted herewith.

Respectfully submitted,

Date: 2/15/07

/s/ Antonio R. Franco
Antonio R. Franco, Esq.
D.C. Bar No. 416787
Jennifer L. Andrews, Esq.
D.C. Bar No. 496974
PilieroMazza PLLC
888 17th Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 857-1000

Counsel for Defendant SGT, Inc.