IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HONEYWELL TECHNOLOGY ) <br> SYSTEMS, INC., ) <br> ) <br> L-3 COMMUNICATIONS, INC., ) <br> ) <br> and ) <br> ) <br> SGT, INC., ) <br> ) <br> Defendants. ) | Case No. 1:05CV02502 <br> (Judge Richard W. Roberts) |

## **ORDER**

Upon consideration of Defendant's Motion to Dismiss, and the opposition thereto, it is this _____ day of _____ 2007;

ORDERED that the Motion to Dismiss be, and hereby is, GRANTED; and it is further;

ORDERED that the Complaint be dismissed with prejudice.

SO ORDERED.

Dated: _____       _____
                                   Judge Richard W. Roberts
                                   United States District Judge