IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HONEYWELL TECHNOLOGY<br>SYSTEMS, INC.<br><br>　　　　and<br><br>L-3 COMMUNICATIONS GOVERNMENT<br>SERVICES, INC.<br><br>　　　　and<br><br>SGT, INC.,<br><br>　　　　Defendants. | Case No. 1:05CV02502<br><br>Judge Richard W. Roberts |

**DEFENDANT L-3 COMMUNICATIONS GOVERNMENT SERVICES, INC.'S MOTION TO DISMISS - - OR IN THE ALTERNATIVE TO TRANSFER - - THIS CASE FOR LACK OF VENUE, TO DISMISS FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES, AND TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Defendant, L-3 Communications Government Services, Inc. ("GSI"), through

undersigned counsel, respectfully makes the following motions to this Court:

- GSI moves this Court do dismiss this case - - or in the alternative to transfer it to the United States District Court for the District of Maryland - - pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure ("FRCP") for lack of venue.

- In the event that this Court finds venue to be proper, GSI, respectfully moves that this Court dismiss Plaintiff's claims under the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 *et seq.*, and Section 2-222 of the Prince George's County Human Rights Code, pursuant to FRCP 12(b)(1) on account of her failure to exhaust her administrative remedies.

- Further, in the event that this Court finds venue to be proper, GSI moves that this Court dismiss Plaintiff's claims under the Equal Pay Act, 29 U.S.C. § 206(d) for being filed after the statute of limitations had run.

- Finally, in the event that this Court finds venue to be proper, GSI moves that this Court dismiss Plaintiff's claims pursuant to FRCP 12(b)(6) for a failure to state a claim upon which relief can be granted under the Equal Pay Act, 29 U.S.C. § 206(d), Executive Order 11246, Plaintiff's claims for relief under 42 U.S.C. § 1985(3), her claim of gender based discrimination in violation of 42 U.S.C. § 1981, and Plaintiff's claims under Maryland law for Intentional Infliction of Emotional Distress and Negligent Retention and Hiring.

Respectfully Submitted,

L-3 COMMUNICATIONS
GOVERNMENT SERVICES, INC.


By:   /s/  Leslie V. Heenan
             Counsel

John M. Barr
Megan S. Ben'Ary (D.C. Bar No. 493415)
Leslie V. Heenan (D.C. Bar No. 490431)
LeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia  22314
Phone: 703-684-8007
Fax: 703-684-8075