IN THE UNITED STATES DISTRICT CIRCUIT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| HONEYWELL TECHNOLOGY<br>SYSTEMS INC. | )<br>)<br>) |
| and | ) Case No.: 1:05CV02502 (RWR)<br>) |
| L-3 COMMUNICATIONS<br>GOVERNMENT SERVICES, INC. | )<br>)<br>) |
| and | )<br>) |
| SGT INC., | )<br>) |
| Defendants. | )<br>) |

## DECLARATION OF BETH SKOLETSKY

Pursuant to 28 U.S.C. § 1746, I, Beth A. Skoletsky, do hereby declare and certify under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen (18), believe in the obligation of an oath, and am competent to attest to the matters contained in this Declaration.

2. I make this Declaration on the basis of my own personal knowledge.

3. I am the Vice President of Human Resources for the Defendant, L-3 Communications Government Services, Inc. ("GSI").

4. While the Plaintiff was employed by GSI, she was worked at a site located in Greenbelt, Maryland.

5. GSI's employment records related to Plaintiff's employment are located in our facility in Chantilly, Virginia.

6. When GSI lost the contract under which the Plaintiff was employed, it is my understanding that she applied to continue working at her position located in Greenbelt, Maryland.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22 day of January, 2007.

Beth A. Skoletsky

2