IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL<br><br>    Plaintiff,<br><br>    v.<br><br>HONEYWELL TECHNOLOGY SYSTEMS, INC.<br><br>    and<br><br>L-3 COMMUNICATIONS GOVERNMENT SERVICES, INC.<br><br>    and<br><br>SGT, INC.,<br><br>    Defendants. | Case No. 1:05CV02502<br><br>Judge Richard W. Roberts |

## **ORDER**

UPON CONSIDERATION of the motion of Defendant L-3 Communications Government Services, Inc. to Dismiss - - or In The Alternative to Transfer - - This Case for Lack of Venue, and to Dismiss for Failure to Exhaust Administrative Remedies or For Failure to State a Claim Upon Which Relief Can Be Granted, and the opposition thereto, it is,

ORDERED that the motion of Defendant L-3 Communications Government Services, Inc. to Dismiss this Case be, and the same hereby is, GRANTED, and it is further,

1

ORDERED that the claims against Defendant L-3 Communications Government Services, Inc. are DISMISSED with prejudice.

ENTERED this \_\_\_\_ day of _____, 2007.

_____
Judge Richard W. Roberts