IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HONEYWELL TECHNOLOGY ) | Case No. 1:05CV02502 |
| SOLUTIONS INC., ET.AL. ) | |
| ) | Judge Richard W. Roberts |
| Defendants. ) | |
| ) | |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiff, Sandra Marshall by and through her undersigned counsel, hereby moves this Honorable Court to grant her an enlargement of time in which to file her responses to Defendants, L-3 Communications, Inc. ("L-3") and SGT, Inc.'s ("SGT") Motions To Dismiss.

In support of this motion, Plaintiff Marshall refers the court to the accompanying memorandum and states the following:

1.      That Defendants L-3 Communications, and SGT filed motions to dismiss and/or in the alternative to transfer venue on February 15, 2007.

2.      Marshall's response is due 11 days from the defendant's filing plus three (3) days for mailing, which would make her response due on March 1, 2007.

3.      However, Plaintiff's Counsel will need additional time in which to file her two (2) responses in this matter due to: the complex issues involved, the number of responses to be responded to and due to Plaintiff's Counsel's personal medical issues, Plaintiff's Counsel will need additional time in which to file her responses.

4.      Plaintiff's Counsel contacted both defense counsel on this matter and both agreed to consent to an enlargement of time until March 19, 2007, in which Plaintiff will have to respond to both motions to dismiss.

5.      An enlargement of time in this matter will neither harm nor prejudice the Defendants L-3 Communications and SGT but a denial of this motion would prejudice, harm and deny Plaintiff Marshall full due process and a defense of her position in this matter.

6.      Granting to Marshall an enlargement of time until March 19, 2007, in which to file her two (2) responses to defendants' Motions To Dismiss is a reasonable and necessary request. Defendants will not be prejudiced by the court granting such a request.

Wherefore, having shown good cause and that none of the parties would be prejudiced or harmed by the court granting and entering an order extending the time in which Plaintiff Marshall must file her response to Defendants' motions to dismiss, plaintiff respectfully moves this court to enter an order granting her motion for an enlargement time in which to file her response to each defendant's motion to dismiss until March 19, 2007.

Respectfully Submitted,

/s/
Jo Ann P. Myles
Law Offices of Jo Ann P. Myles
1300 Mercantile Lane
Suite 139-S
Largo, Maryland  20774
Bar No. 04412
301-773-9652 (office)
301-925-4070 (fax)

Counsel for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February 2007, a copy of the foregoing Plaintiff's Unopposed Motion For An Enlargement of Time was served upon the Defendants by electronic filing.

Rafael Morell, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2400 N. Street, N.W. Fifth Floor
Washington, D.C. 20037

Chand N. Gupta, Esq.
Megan S. Ben'Ary, Esq.
3981 Alcoa Drive
Fairfax, Virginia 22033

Andrew P. Hallowell, Esq.
Piliero, Mazza & Pargament, PLLC
888 17th Street N.W. Suite 1100
Washington, D.C. 20006

/s/
Jo Ann P. Myles