IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONEYWELL TECHNOLOGY )<br>SOLUTIONS INC., ET.AL. )<br>)<br>Defendants. )<br>)<br>_____) | Case No. 1:05CV02502<br><br>Judge Richard W. Roberts |

**NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN
CLAIMS AS TO DEFENDANTS L-3 COMMUNICATIONS GOVERNMENT
SERVICES INC. AND SGT, INC.**

Plaintiff, Sandra Marshall by and through her undersigned counsel, hereby files this Notice of Voluntary Dismissal to clarify claims and/or to dismiss claims against defendants L-3 Communications Government Services Inc. ("GS") and SGT Inc. ("SGT")

Specifically Plaintiff Marshall hereby voluntarily dismisses her Title VII claims against L-3 Communications Government Services, Inc. ("GSI").[1]

Moreover, it appears after reading SGT Inc.'s ("SGT) pending motion that Plaintiff's complaint may not have been clear as to what claims she was bringing against SGT. Thus for clarification, Plaintiff hereby voluntarily dismisses Counts III, IV, and VI.

---

[1] As to Plaintiff's race, sex, retaliation, harassment, hostile work environment and other discrimination claims brought pursuant to Title VII, she advises this Court that she is also bringing those same claims pursuant to Maryland State and Prince George's County Code's anti-discrimination statues.

More importantly, Plaintiff has not brought any separate Counts or causes of action against any defendant for alleged violations under Executive Order 11246 and Section 1985. Plaintiff will seek leave of court after the close of discovery to amend her complaint to add any additional viable claims against defendants based on the evidence, to include but not limited to a specific Count for conspiracy by the defendants to violate the Plaintiff's Civil Rights.

Respectfully Submitted,

_____/s/_____
Jo Ann P. Myles
Law Offices of Jo Ann P. Myles
1300 Mercantile Lane
Suite 139-S
Largo, Maryland 20774
Bar No. 04412
301-773-9652 (office)
301-925-4070 (fax)

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March 2007, a copy of the foregoing Plaintiff's Marshall's Notice of Voluntary Dismissal Of Claims As To Defendants L-3 Communications Services, Inc. and SGT, Inc. was served upon the defendants by electronic filing.

Rafael Morell, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2400 N. Street, N.W. Fifth Floor
Washington, D.C. 20037
Counsel for Honeywell

John M. Barr, Esq.
Megan S. Ben'Ary, Esq.
LeeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
Counsel for L-3 communications

Antonio R. Franco, Esq.
Jennifer L. Andrews, Esq.
PilieroMazza & Pargament, PLLC
888 17th Street N.W., Suite 1100
Washington, D.C. 20006
Counsel for SGT

                                                 /s/
                                        Jo Ann P. Myles