IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONEYWELL TECHNOLOGY )<br>SOLUTIONS INC., ET.AL. )<br>)<br>Defendants. )<br>)<br>_____ ) | Case No. 1:05CV02502<br><br>Judge Richard W. Roberts |

**MOTION FOR A ONE DAY ENLARGEMENT OF TIME**

Plaintiff, Sandra Marshall by and through her undersigned counsel, hereby moves this Honorable Court to grant her a one day extension of time in which to file a consolidated response to Defendants, L-3 Communications, Inc. ("L-3") and SGT, Inc.'s ("SGT") motions to dismiss.

In support of this motion, Plaintiff Marshall refers the court to the accompanying memorandum and states the following:

1. That the Plaintiff's response in opposition to Defendants L-3 Communications Inc. and SGT Inc.s' motions to dismiss is due today on March 19, 2007.

2. However, Plaintiff counsel became ill late this evening after taking recently prescribed medication.

3. Plaintiff's counsel was unable to confer with defense counsel prior to filing this motion because she did not anticipate becoming ill or filing the motion.

.

4. A one day extension of time in this matter will neither harm nor prejudice the defendants L-3 Communications or SGT but a denial of this motion would prejudice, harm and deny Plaintiff Marshall full due process and a defense of her position and the prosecution of her claim in this matter.

5. Granting to Marshall an extension of time until March 20, 2007, in which to file her response to defendants' oppositions to her Motion To Strike in this matter is a reasonable request and defendants will not be prejudiced by the court granting such a request.

Wherefore, having shown good cause and that none of the parties would be prejudiced or harmed by the court granting and entering an order extending the time in which Plaintiff Marshall must file her opposition by one day, plaintiff respectfully moves this court to enter an order granting her motion for an enlargement time in which to file her opposition to the defendants' motions to dismiss by one day and until March 20, 2007.

Respectfully Submitted,

_____/s/_____
Jo Ann P. Myles
Law Offices of Jo Ann P. Myles
1300 Mercantile Lane
Suite 139-S
Largo, Maryland  20774
Bar No. 04412
301-773-9652 (office)
301-925-4070 (fax)

Counsel for Plaintiff

**CERTIFICAT OF SERVICE**

I hereby certify that on this 19${}^{th}$ day of March 2007, a copy of the foregoing Plaintiff's Motion For A One Day Enlargement of Time was served upon the defendants by electronic filing.

Rafael Morell, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2400 N. Street, N.W. Fifth Floor
Washington, D.C. 20037

Chand N. Gupta, Esq.
Megan S. Ben'Ary, Esq.
3981 Alcoa Drive
Fairfax, Virginia 22033

Andrew P. Hallowell, Esq.
Piliero, Mazza & Pargament, PLLC
888 17${}^{th}$ Street N.W. Suite 1100
Washington, D.C. 20006

/s/
Jo Ann P. Myles