IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL       ) | |
| ) | |
| Plaintiff,       ) | |
| ) | |
| v.       ) | |
| ) | |
| HONEYWELL TECHNOLOGY       ) | Case No. 1:05CV02502 |
| SOLUTIONS INC., ET.AL.       ) | |
| ) | Judge Richard W. Roberts |
| Defendants.       ) | |
| ) | |

## **ORDER**

UPON consideration of Plaintiff's Motion For A One Day Enlargement of Time, any opposition thereto and it appearing proper and just, on this ____day of _____2007, it is hereby;

ORDERED, that Plaintiff Sandra Marshall's Motion For A One Day Enlargement of Time, until March 20, 2007, in which to file her opposition to Defendants L-3 Communications Inc. and SGT Inc.'s Motions To Dismiss is hereby GRANTED and it is further,

ORDERED, that Plaintiff Sandra Marshall shall have until March 20, 2007, in which to file her responses to L-3 Communications and SGT's Motions To Dismiss.

_____
UNITED STATES DISTRICT COURT JUDGE