# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HONEYWELL TECHNOLOGY ) | Case No. 1:05CV02502 |
| SYSTEMS INC., ET.AL. ) | |
| ) | Judge Richard W. Roberts |
| Defendants. ) | |
| ) | |

## AFFIDAVIT OF SANDRA MARSHALL

I Sandra Marshall hereby swear and affirm under the penalty of perjury that the following statements below are true and correct to the best of my knowledge and belief.

1. That I am over the age of 18 and competent to give testimony in the above captioned matter.

2. That I am familiar with the facts and circumstances in this matter.

3. That when I filed my initial discrimination charges in 2003 and 2004 with the Prince Georges' County Human Relations Commission (PGCHRC), I discussed with the intake officer including age as part of my charge. See Ex. 2 I was told by that intake officer I could not include age as part of the charge. I objected to the PGCHRC/EEOC not including age to the initial three charges I filed against Honeywell, L-3 Communications and SGT. I completed an Intake Questionnaire Form with the Intake Officer. A true copy of the intake form I completed against Honeywell and L-3

Communications is attached and was obtained directly from the PGCHRC by my attorney. See Ex. 2.

4. On the Intake Questionnaire Form I completed with the PGCHRC/EEOC, I checked the following boxes for the following type of discrimination and issues: Race, Sex, Age, Retaliation, Employment, Discharge, Retaliation, Hostile Work Environment, Equal Pay, Failure to hire and Demotion. The intake officer at the time I filed these second set of discrimination charges against L-3 Communications (previously known as EER) was very angry with me because I was not able to financially pursue my claims against L-3 Communications in 2002, when the agency found in my favor for me on at least one charge. I was repeatedly stopped by the PGCHRC from filing my age claim or any other claims that I thought were relevant against Honeywell and L-3 Communications. See Ex. 4

5. At the time I filed my charges of discrimination with the PGCHRC in December 2003 and in early 2004, I was not represented by Counsel.

6. I filed my PGCHRC/EEOC Charge against L-3 Communications on February 2, 2004. A true copy of the charge and affidavit I signed is attached as Exhibit 3.

7. In December 2005 I was called by Kathleen Thornton of PGCHRC who wanted to know what my claims were and what was the relief that I was seeking. I emailed her back and told her that my claims included race, age, sex and conspiracy. My claims also included retaliation. A true copy of that communication with Ms. Thornton is attached as Ex. 5.

8. On or about January 6, 2006, I filed my formal initial amended charge with the PGCHRC/EEOC to include age as claim against all three defendants. A true copy of the Amended Charge to include Age also as a discrimination claim is attached as Exhibit 4 to this opposition to defendants' motions to dismiss.

9. In 2003 I informed my managers and SGT's personnel I that I was interested in obtaining work in any position that was available. I advised these same managers and SGT personnel that I was willing to work in any job located in the District of Columbia, Maryland or Virginia.

I SANDRA MARSHALL HEREBY SWEAR AND AFFRIM UNDER THE PENALTY OF PERJURY THAT THE ABOVE STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

/s/ Sandra McDougald-Marshall
March 19, 2007
SANDRA MARSHALL

Dated: March 19, 2007