**EXHIBIT 3**

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| [X] FEPA | ds04-202 |
| [ ] EEOC | 12HA400129 |

Prince George's County, H.R.C. _____ and EEOC
*State or local Agency, if any*

**NAME** *(Indicate Mr., Ms., Mrs.)*
Ms. Sandra Marshall

**HOME TELEPHONE** *(Include Area Code)*
(202) 412-9731

**STREET ADDRESS**   **CITY, STATE AND ZIP CODE**
2727 Duke Street #702, Alexandria, VA 22314

**DATE OF BIRTH**
12/12/1949

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

**NAME**: EER Systems Inc./ L-3 Communication
**NUMBER OF EMPLOYEES, MEMBERS**: Cat A (15-100)
**TELEPHONE** *(Include Area Code)*: (703) 708-1400
**STREET ADDRESS**: 3750 Centerview Drive,
**CITY, STATE AND ZIP CODE**: Chantilly, VA 20151
**COUNTY**: 059

**CAUSE OF DISCRIMINATION BASED ON** *(Check appropriate box(es))*
[X] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER *(Specify)*

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST: 04/16/2002   LATEST: 12/31/2003
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional space is needed, attach extra sheet(s))*:

I believe the Respondent has discriminated against me on the bases of my race (Black), sex (Female), in the terms, conditions, and privileges of my employment, involuntary termination and retaliation because:

I gained employment with a Sub-contractor as a Voice Control Supervisor. I have always demonstrated satisfactory performance. On December 19, 2003, I interviewed with a new Sub-contractor. The cited Sub-contractor informed me that my previous position was not in their contract. On January 1, 2004, the cited Sub-contractor's contract becomes effective. Other similarly situated employees' (White, Male) positions were not eliminated from the contract. I later found out that my previous position was being filled with another employee (White, Male).

I believe the cited Sub-contractor retaliated against me when they learned of the previous Title VII based complaints I filed with the Prince George's County Human Relations Commission.

I believe the Sub-contractor has treated me in this manner because of my race (Black), sex (Female) and retaliated against me because I filed a previous Title VII based complaint.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Month, day and year)

5

| | |
|---|---|
| STATE OF __VIRGINIA__ | CASE NAME __Marshall vs EER Syst__ |
| CITY/COUNTY OF __Alexandria/Alexandria Cty__ | CASE NUMBER __ds04-202__ |

## AFFIDAVIT

I, __Sandra Marshall__ being first duly sworn upon my oath affirm and hereby say:
(Name)

I have been given assurances by an Agent of the U.S. Equal Employment Opportunity Commission that this Affidavit will be considered confidential by the United States Government and will not be disclosed as long as the case remains open unless it becomes necessary for the Government to produce the affidavit in a formal proceeding. Upon the closing of this case, the Affidavit may be subject to disclosure in accordance with Agency policy.

I am __54__ years of age, my gender is __Female__ (sex) and my racial identity is __Black__ (race).

I reside at __2727 Duke Street #702__ (Number/Street),

City of __Alexandria__, County of __Alexandria Cty__,

State of __VA__, Zip Code __22314__.

My telephone number is (including area code) __(202) 412-9731__.

My statement concerns __EER Systems Inc./ L-3 Communication__ (Name of Union/Company/Agency) which is

located at __3750 Centerview Drive__ (Number/Street),

in __Chantilly__ (City) __VA__ (State) __20151__ (Zip).

My job classification is (If applicable) __Communication Supervisor__ (job title).

My immediate supervisor is (If applicable) _____ (Name) _____ (job title).

I believe the Respondent has discriminated against me on the bases of my race (Black), sex (Female), in the terms, conditions, and privileges of my employment, involuntary termination and retaliation because:

I gained employment with a Sub-contractor as a Voice Control Supervisor. I have always demonstrated satisfactory performance. On December 19, 2003, I interviewed with a new Sub-contractor. The cited Sub-contractor informed me that my previous position was not in their contract. On January 1, 2004, the cited Sub-contractor's contract becomes effective. Other similarly situated employees' (White, Male) positions were not eliminated from the contract. I later found out that my previous position was being filled with another employee (White, Male).

I believe the cited Sub-contractor retaliated against me when they learned of the previous Title VII based complaints I filed with the Prince George's County Human Relations Commission.

I believe the Sub-contractor has treated me in this manner because of my race (Black), sex (Female) and retaliated against me.

_____ Page 1 of 2
(initials)

G

| | |
|---|---|
| STATE OF __VIRGINIA__ | CASE NAME __Marshall vs EER Syst__ |
| CITY/COUNTY OF __Alexandria/Alexandria Cty__ | CASE NUMBER __ds04-202__ |

## AFFIDAVIT (cont.)

because I filed a previous Title VII based complaint.

I have read and had an opportunity to correct this Affidavit consisting of __○__ handwritten ☐ typed ☐ pages and swear that these facts are true and correct to the best of my knowledge and belief.

*[signature: Pamela Marshall]*

Subscribed and sworn to before me this __2nd__ day of __February 2004__

*[signature: Thomasine E. Martin]*

My Comm Exps __8/9__, 2006

7