# EXHIBIT 5

## internet explorer

From: "Thornton, Kathleen P." <KPThornton@xx.pg.md.us>
To: "internet explorer" <miya80@hotmail.com>
Sent: Monday, December 05, 2005 10:37 AM
Subject: RE: Wrongful Termination Case

Thanks Sandra! I just got your files on my desk this morning. Will keep you advised as I progress. Is there any way that you could come in and see me when you have some time off? Kathy

---

From: internet explorer [mailto:miya80@hotmail.com]
Sent: Monday, December 05, 2005 10:10 AM
To: Thornton, Kathleen P.
Subject: Wrongful Termination Case

Mrs. Thornton,
My case against the following Companies, Honeywell, L-3 Communications and SGT, was filed due to Wrongful Termination, based on the following:

1. Racial Bias
2. Gender Bias
3. Age Bias
4. Conspiracy

I have enclosed an Excel spreadsheet of what I feel is owed to me due to this termination. The alternative to this would be my job back and all back pay owed up until now.

Thank you,
Mrs. Sandra McDougald-Marshall

1/6/2006