# EXHIBIT "A"

**Charge of Discrimination Against Defendant SGT, Inc.**

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | [X] FEPA [ ] EEOC | ds03-1242 12HA400106 |

Prince George's County, H.R.C.
_State or local Agency, if any_ _____ and EEOC

NAME (Indicate Mr., Ms., Mrs.)
Ms. Sandra Marshall

HOME TELEPHONE (Include Area Code)
(202) 412-9731

STREET ADDRESS         CITY, STATE AND ZIP CODE
2727 Duke Street #702, Alexandria, VA 22314

DATE OF BIRTH
12/12/1949

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

NAME
SGT

NUMBER OF EMPLOYEES, MEMBERS
Cat A (15-100)

TELEPHONE (Include Area Code)
(301) 614-8600

STREET ADDRESS         CITY, STATE AND ZIP CODE
7701 Greenbelt Road, Suite 400, Greenbelt, MD 20768

COUNTY
033

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))
[X] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 12/19/2003    LATEST 12/19/2003
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I believe the Respondent has discriminated against me on the bases of my race (Black), sex (Female), in the terms, conditions, and privileges of my employment and retaliation because:

I gained employment with a Sub-contractor as a Voice Control Supervisor. I have always demonstrated satisfactory performance. On December 19, 2003, I interviewed with a new Sub-contractor. The cited Sub-contractor informed me that my previous position was not in their contract. On January 1, 2004, the cited Sub-contractor's contract becomes effective. Other similarly situated employees' (White, Male) positions were not eliminated from the contract. I later found out that my previous position was being filled with another employee (White, Male).

I believe the cited Sub-contractor retaliated against me when they learned of the previous Title VII based complaints I filed with the Prince George's County Human Relations Commission.

I believe the Sub-contractor has treated me in this manner because of my race (Black), sex (Female) and retaliated against me because I filed a previous Title VII based complaint.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. I declare under penalty of perjury that the foregoing is true and correct.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Month, day and year)

Date Dec 19 2003    Charging Party (Signature)

EEOC FORM 5 (Rev. 07/99)

RESPONDENT'S COPY