# EXHIBIT "B"

## Intake Interview Form

1247

## INTAKE INTERVIEW FORM

NAME: Sandra McDougald Marshall   DOB: 12-12-49

ADDRESS: 2727 Duke St Apt 702   SEX: F

Alexandria, Va 22314   RACE: African American

Home Number: 202-412-9731   SSN: 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

Work Number: 301-286-9570

| Jurisdiction | Type of Discrimination | Area of Complaint | Issues |
|---|---|---|---|
| ☑ P.G. County<br>☐ 180 days<br>☐ 15 or more employees<br>☐ Have you filed with any other jurisdiction | ☑ Race<br>☐ Color<br>☐ Religion<br>☑ Sex<br>☑ Age (under 40)<br>☐ Marital Status<br>☐ National Origin<br>☐ Political Opinion<br>☐ Personal Appearance<br>☐ Occupation<br>☐ Familial Status (Housing)<br>☐ Sexual Orientation<br>☑ Retaliation<br>☐ ADEA (40 & over)<br>☐ ADA | ☐ Housing<br>☑ Employment<br>☐ Public Accommodation<br>☐ Law Enforcement<br>  ☐ Excessive force<br>  ☐ Demeaning language<br>  ☐ Harassment<br>☐ Financial Lending<br>☐ Commercial Real Estate | ☐ Promotion<br>☐ Transfer<br>☑ Discharge<br>☑ Retaliation<br>☑ Sexual Harassment<br>☑ Hostile work environment<br>☑ Equal Pay<br>☐ Terms/Conditions<br>☐ Failure to Accommodate<br>☐ Denial of Service<br>☐ Denial Rental/Sales<br>☐ Constructive Discharge<br>☑ Failure to Hire<br>☑ Demotion<br>☐ Discipline |
| **Name of Employer**<br>Honeywell<br>L-3 Communicating Ser Sys Inc | **Employer's Address**<br>7515 Mission Drive Greenbelt, MD 20706<br>3750 Centerview Drive Chantilly, VA 20151 | **Telephone Number**<br>301-805-3000<br>703-708-1400 | |

(1) What is your immediate Supervisor's name? (RE: basis) Mike Allen, Mike Eder

153

INTAKE INTERVIEW FORM
CONTINUED
PAGE – 2 –

(2) What is/was your hire date? __8/30/82__

(3) What was your job title when you were hired? __Voice Controller__

(4) What is your current job title? __Voice Control Supervisor__

(5) What type of work does this company do? __Aerospace Communication__

(6) What are the names of employees who have the same supervisor, same job title that you have?

| Employee's Name | Job Title | Religion/Race/Age/Sex, etc. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

154