IN THE UNITED STATES DISTRICT CIRCUIT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:05CV02502 (RWR) |
| HONEYWELL TECHNOLOGY SYSTEMS INC., *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL

Please take notice that Leslie V. Heenan of LeClair Ryan, A Professional Corporation hereby withdrawals as co-counsel for Defendant L-3 Communications Government Services, Inc. in the above-captioned case as she is leaving the firm. Defendant L-3 Communications Government Services, Inc. will continue to be represented by other counsel at LeClair Ryan, A Professional Corporation.

Dated this 23rd day of July 2007.

Respectfully submitted,

LECLAIR RYAN, A Professional Corporation

  /s/ Leslie V. Heenan
John M. Barr
Megan S. Ben'Ary (D.C. Bar # 493415)
Leslie V. Heenan (D.C. Bar # 490431)
225 Reinekers Lane, Suite 700
Alexandria, VA  22314
(703) 684-8007
(703) 684-8075 (fax)