IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HONEYWELL TECHNOLOGY ) | Case No. 1:05CV02502 |
| SOLUTIONS INC., ET.AL. ) | |
| ) | Judge Richard W. Roberts |
| Defendants. ) | |
| ) | |

## ORDER

UPON consideration of Plaintiff's Motion To Alter and Amend And/Or Reconsideration of Court's Order Dated February 26, 2008, and Other Appropriate Relief, any opposition thereto and it appearing proper and just, on this ____ day of _____ 2008, it is hereby;

ORDERED, that Plaintiff Sandra Marshall's Motion To Alter and Amend And/Or Reconsideration of the Court's Order Dated February 26, 2008, And Other Appropriate Relief is hereby GRANTED and it is further,

ORDERED, that Plaintiff Sandra Marshall's Age and Equal Pay Act claims are reinstated.

_____
UNITED STATES DISTRICT COURT JUDGE