IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

SANDRA MARSHALL                              )
                                             )
    Plaintiff,                           )
                                             )
    v.                                   )        Case No. 1:05-CV-02502 (RWR)
                                             )
HONEYWELL TECHNOLOGY                         )
SYSTEMS, INC.,                               )
                                             )
L-3 COMMUNICATIONS, INC.,                    )
                                             )
    and                                  )
                                             )
SGT, INC.,                                   )
                                             )
    Defendants.                          )
_____)

## SGT, INC.'S ANSWER TO COMPLAINT

COMES NOW SGT, Inc. ("SGT" or "Defendant") by and through its attorneys,

PilieroMazza, PLLC, and answers the corresponding enumerated allegations[1] of Plaintiff, Sandra

Marshall's Corrected Amended Complaint ("Complaint") herein as follows:

1.      The allegations in the first sentence of Paragraph No. 1 of the Complaint are

Plaintiff's characterization of the action to which no response is necessary. To the extent a

response is necessary, SGT denies the allegations contained in Paragraph No. 1.

2.      SGT denies the allegations contained in Paragraph No. 2.

---

[1]    Plaintiff's Complaint contained several numbering errors. Specifically, the Complaint included two paragraphs numbered 11. SGT treats the second paragraph no. 11 as paragraph no. 12. Additionally, Plaintiff's Complaint included paragraphs numbered 37 through 44 and part of paragraph number 45 twice. SGT responds to these paragraphs only once.

3.      SGT admits that it is a corporation doing business in this judicial district.  Upon information and belief, SGT also admits that NASA is doing business in the District of Columbia.  SGT denies the remaining allegations contained in Paragraph 3 and specifically denies that this Court is the proper venue for this action.

4.      The allegations in Paragraph No. 4 are Plaintiff's characterizations of the action, to which no response is required by SGT.  To the extent a response is necessary, SGT denies the allegations in Paragraph No. 4.

5.      SGT is without knowledge or information to admit or deny the allegations of Paragraph No. 5 and therefore denies the same.

6.      SGT is without knowledge or information to admit or deny the allegations of Paragraph No. 6 and therefore denies the same.

7.      SGT admits that it is a corporation under the laws of the State of Maryland and does business in Washington D.C.  SGT denies the remainder of the allegation contained in Paragraph No. 7.

8.      SGT admits that it is engaged in an industry affecting commerce as defined in the Age Discrimination in Employment Act.  SGT admits that it employs 25 or more employees. SGT denies the remaining allegations contained in Paragraph No. 8.

9.      SGT denies the allegations contained in Paragraph No. 9.

10.     SGT denies the allegations contained in Paragraph No. 10.

11.     SGT is without knowledge or information to admit or deny the allegations of Paragraph No. 11 and therefore denies the same.

12.     SGT does not have sufficient information to admit or deny the allegations in Paragraph 12 and therefore denies the same.

13.     SGT is without sufficient information to admit or deny the allegations of Paragraph No. 13 and therefore denies the same.

14.     SGT is without sufficient information to admit or deny the allegations of Paragraph No. 14 and therefore denies the same.

15.     SGT is without sufficient information to admit or deny the allegations of Paragraph No. 15 and therefore denies the same.

16.     SGT is without sufficient information to admit or deny the allegations contained in Paragraph No. 16 and therefore denies the same.

17.     SGT is without sufficient information to admit or deny the allegations contained in Paragraph No. 17 and therefore denies the same.

18.     SGT is without sufficient information to admit or deny the allegations contained in Paragraph No. 18 and therefore denies the same.

18a.     SGT is without sufficient information to admit or deny the allegations contained in Paragraph No. 18a and therefore denies the same.

18b.     SGT is without sufficient information to admit or deny the allegations contained in Paragraph No. 18b and therefore denies the same.

19.     SGT is without sufficient information to admit or deny the allegations contained in Paragraph No. 19 and therefore denies the same.

20.     SGT is without sufficient information to admit or deny the allegations contained in Paragraph No. 20 and therefore denies the same.

20a.     SGT is without sufficient information to admit or deny the allegations contained in Paragraph No. 20a and therefore denies the same.

20b.     SGT admits that it had policies and procedures during the relevant time.  SGT

avers that it followed its policies and procedures. SGT denies the remaining allegations of Paragraph No. 20b that relate to SGT. SGT is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 20b that do not relate to SGT and therefore denies the same.

21.     SGT is without sufficient information to admit or deny the allegations contained in Paragraph No. 21 and therefore denies the same.

22.     SGT is without sufficient information to admit or deny the allegations contained in Paragraph No. 22 and therefore denies the same.

23.     SGT is without sufficient information to admit or deny the allegations contained in Paragraph No. 23 and therefore denies the same.

24.     SGT is without sufficient information to admit or deny the allegations contained in Paragraph No. 24 and therefore denies the same.

25.     SGT is without sufficient information to admit or deny the allegations contained in Paragraph No. 25 and therefore denies the same.

26.     SGT is without sufficient information to admit or deny the allegations contained in Paragraph No. 26 and therefore denies the same.

27.     SGT is without sufficient information to admit or deny the allegations contained in Paragraph 27 and therefore denies the same.

28.     SGT is without sufficient information to admit or deny the allegations contained in Paragraph No. 28 and therefore denies the same.

29.     SGT is without sufficient information to admit or deny the allegations contained in Paragraph No. 29 and therefore denies the same.

30.     SGT is without sufficient information to admit or deny the allegations contained

in Paragraph No. 30 and therefore denies the same.

31.    SGT is without sufficient information to admit or deny the allegations contained in Paragraph No. 31 and therefore denies the same.

32.    SGT is without sufficient information to admit or deny the allegations contained in Paragraph No. 32 and therefore denies the same.

33.    SGT is without sufficient information to admit or deny the allegations contained in Paragraph No. 33 and therefore denies the same.

34.    SGT is without sufficient information to admit or deny the allegations contained in Paragraph No. 34 and therefore denies the same.

35.    SGT denies the allegations of Paragraph No. 35 insofar as they relate to SGT. SGT is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 35 and therefore denies the same.

36.    SGT denies the allegations of Paragraph No. 36 insofar as they relate to SGT. SGT is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 36 and therefore denies the same.

37.    SGT denies the allegations of Paragraph No. 37 insofar as they relate to SGT. SGT is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 37 and therefore denies the same.

38.    SGT denies the allegations contained in Paragraph No. 38.

39.    SGT denies the allegations contained in Paragraph No. 39.

40.    SGT denies the allegations contained in Paragraph No. 40.

41.    SGT denies the allegations contained in Paragraph No. 41.

42.    SGT denies the allegations contained in Paragraph No. 42.

43.     SGT denies the allegations contained in Paragraph No. 43.

44.     SGT denies the allegations of Paragraph No. 44 insofar as they relate to SGT. SGT is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 44 and therefore denies the same.

45.     SGT denies the allegations of Paragraph No. 45 insofar as they relate to SGT. SGT is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 45 and therefore denies the same.

46.     SGT denies the allegations of Paragraph No. 46 insofar as they relate to SGT. SGT is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 46 and therefore denies the same.

47.     SGT denies the allegations of Paragraph No. 47 insofar as they relate to SGT. SGT is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 47 and therefore denies the same.

48.     SGT is without sufficient information to admit or deny the allegations contained in Paragraph No. 48 and therefore denies the same.

49.     SGT is without sufficient information to admit or deny the allegations contained in Paragraph No. 49 and therefore denies the same.

50.     SGT denies the allegations of Paragraph No. 50 insofar as they relate to SGT. SGT is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 50 and therefore denies the same.

51.     SGT denies the allegations of Paragraph No. 51 insofar as they relate to SGT. SGT is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 51 and therefore denies the same.

52.    SGT is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 52 and therefore denies the same.

53.    SGT denies the allegations of Paragraph No. 53 insofar as they relate to SGT. SGT is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 53 and therefore denies the same.

54.    SGT denies the allegations of Paragraph No. 54 insofar as they relate to SGT. SGT is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 54 and therefore denies the same.

55.    SGT denies the allegations of Paragraph No. 55 insofar as they relate to SGT. SGT is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 55 and therefore denies the same.

56.    SGT denies the allegations of Paragraph No. 56 insofar as they relate to SGT. SGT is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 56 and therefore denies the same.

57.    SGT is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 57 and therefore denies the same.

COUNT I
AGE DISCRIMINATION

58-70.  SGT incorporates it responses to Paragraphs 1 through 57 of the Complaint as if fully set forth herein.  On February 26, 2008, the Court dismissed Count I against SGT and therefore no answer is required to Paragraph Nos. 58-70.

COUNT II
TITLE VII, U.S.C. § 1981, CRA OF 1871, FIFTH AND EIGHTH AMENDMENT

71.     SGT incorporates it responses to Paragraphs 1 through 70 of the Complaint as if fully set forth herein.  On February 26, 2008, the Court dismissed Plaintiff's Fifth and Eighth Amendment claims against SGT and therefore no answer is required to Paragraph Nos. 58-70, as they relate to those claims.  To the extent an answer is required to the remaining claims under Count II, SGT denies the allegations contained in Paragraph No. 71.

72.     SGT denies the allegations of Paragraph No. 72 insofar as they relate to SGT. SGT is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 72 and therefore denies the same.

73.     SGT denies the allegations of Paragraph No. 73 insofar as they relate to SGT. SGT is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 73 and therefore denies the same.

74.     SGT denies the allegations of Paragraph No. 74 insofar as they relate to SGT. SGT is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 74 and therefore denies the same.

75.     SGT denies the allegations of Paragraph No. 75 insofar as they relate to SGT. SGT is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 75 and therefore denies the same.

76.     SGT denies the allegations of Paragraph No. 76 insofar as they relate to SGT. SGT is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 76 and therefore denies the same.

77.     SGT denies the allegations of Paragraph No. 77 insofar as they relate to SGT.

SGT is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 77 and therefore denies the same.

78.     SGT denies the allegations of Paragraph No. 78 insofar as they relate to SGT. SGT is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 78 and therefore denies the same.

79.     SGT denies the allegations of Paragraph No. 79 insofar as they relate to SGT. SGT is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 79 and therefore denies the same.

80.     SGT denies the allegations of Paragraph No. 80 insofar as they relate to SGT. SGT is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 80 and therefore denies the same.

81.     SGT denies the allegations of Paragraph No. 81 insofar as they relate to SGT. SGT is without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 81 and therefore denies the same.

COUNT III
RETALIATION

82-91.   SGT incorporates it responses to Paragraphs Nos. 1 through 81 as if fully set forth herein.  Plaintiff voluntarily dismissed this Count against SGT on March 18, 2007.  Accordingly, no answer is required to Paragraphs Nos. 82-91.

COUNT IV
EQUAL PAY ACT

92-97.   SGT incorporates it responses to Paragraphs 1 through 91 of the Complaint as it fully set forth herein.  Plaintiff voluntarily dismissed her Equal Pay Act claims against SGT and therefore SGT submits that no answer is required to Paragraph Nos. 92-97.

## COUNT V
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

98-100.  SGT incorporates it responses to Paragraph Nos. 1 through 97 as if fully set forth herein.  Plaintiff voluntarily dismissed her intentional infliction of emotional distress claim against SGT and therefore SGT submits that no answer is required for Paragraph Nos. 98-100.

## COUNT VI
## NEGLIGENT SUPERVISION AND RETENTION

101-104.  SGT incorporates it responses to Paragraphs 1 through 100 as if fully set forth herein.  Plaintiff voluntarily dismissed her negligent supervision and retention claims against SGT, and therefore SGT submits that no answer is required for Paragraph Nos. 101-104.

## AFFIRMATIVE DEFENSES

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

Venue is improper in this forum.

## THIRD DEFENSE

Plaintiff's claims are time-barred in whole or in part by applicable statues of limitations.

## FOURTH DEFENSE

All actions of SGT in this matter were taken in good faith and for legitimate, non-discriminatory, and non-retaliatory reasons.

## FIFTH DEFENSE

Neither age, race, nor sex was a motivating factor in any employment decision or action taken by SGT with respect to Plaintiff.

## SIXTH DEFENSE

Although SGT denies that it discriminated against Plaintiff in anyway, to the extent that it is determined that an impermissible motive may have been a factor in any decision regarding Plaintiff, a point which SGT denies, SGT submits that the same decision would have been reached based upon legitimate, non-discriminatory, and non-retaliatory business reasons.

## SEVENTH DEFENSE

To the extent Plaintiff has failed to make reasonable efforts to mitigate her alleged damages, any damages awarded to Plaintiff should be reduced accordingly.

## EIGHTH DEFENSE

To the extent Plaintiff seeks a double recovery for any alleged single wrong, she must elect her remedy.

## NINTH DEFENSE

The actions and decisions alleged to be wrongful in the Complaint, which allegations are emphatically denied by SGT, were contrary to SGT's good faith efforts to comply with all applicable laws. Punitive damages and liquidated damages are not, therefore, recoverable against SGT in this case.

## TENTH DEFENSE

The Court lacks jurisdiction over the subject matter of the Complaint to the extent that Plaintiff failed to satisfy each and every procedural prerequisite of her claims.

## ELEVENTH DEFENSE

Plaintiff's claims are barred to the extent that such claims differ from or exceed the scope of a timely filed charge of discrimination.

11

<u>TWELFTH DEFENSE</u>

Plaintiff's claims are barred to the extent that she failed to exhaust all applicable administrative remedies.

**WHEREFORE**, having fully answered Plaintiff's Complaint, Defendant respectfully prays that the court dismiss this action with prejudice, enter judgment in its favor, and award its attorneys' fees, costs and expenses incurred in defense hereof

Respectfully submitted,

Date: <u>March 11, 2008</u>

<u>/s/ Antonio R. Franco</u>
Antonio R. Franco, Esq.
D.C. Bar No. 416787
PilieroMazza PLLC
888 17th Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 857-1000

Counsel for Defendant SGT Inc.

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on this 11th day of March, 2008, I caused a true correct copy of the foregoing to be served via Electronic Case Filing and regular mail, postage prepaid, upon:

Jo Ann P. Myles, Esq.
Law Office of Jo Ann P. Myles
1300 Mercantile Lane, Suite 139-S
Largo, MD  20774
      *Counsel for Plaintiff*

Rafael Morell, Esq.
Ogletree, Deakins, Nash, Smoak
  & Stewart, P.C.
2400 N. Street, NW, Fifth Floor
Washington, DC  20037
      *Counsel for Defendant*
      *Honeywell Technology Systems, Inc.*

Megan Starace Ben'Ary
LECLAIR & RYAN
225 Reinekers Lane, Suite 700
Alexandria, VA  22314
      *Counsel for Defendant*
      *L-3 Communications Government Services, Inc.*

                        /s/ Antonio R. Franco
                        Antonio R. Franco