IN THE UNITED STATES DISTRICT CIRCUIT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SANDRA MARSHALL, Plaintiff, v. HONEYWELL TECHNOLOGY SYSTEMS INC., *et al.*, Defendants. | Case No.: 1:05CV02502 (RWR) |

**DEFENDANT L-3 COMMUNICATIONS GOVERNMENT SERVICES, INC.'S MOTION FOR ENLARGEMENT OF TIME TO FILE AN ANSWER TO PLAINTIFF'S CORRECTED AMENDED COMPLAINT**

Defendant, L-3 Communications Government Services, Inc. ("L-3"), hereby requests a short enlargement of time within which to file its Answer to the Corrected Amended Complaint filed by Plaintiff Sandra Marshall ("Complaint") until Monday, March 17, 2008. In further support of this Motion, L-3 states as follows:

1. On February 26, 2008, this Court issued its Memorandum Opinion and Order granting in part and denying in part Defendants' Motion to Dismiss. Based on the time periods prescribed by Federal Rules of Civil Procedure 6(a) and 12(a)(4)(A), L-3's responsive pleadings were due by March 11, 2008.

2. On Monday, March 10, 2008, counsel for L-3 contacted counsel for the Plaintiff to request a brief extension for the deadline for filing its Answer and separately for the deadline for filing a response to her Motion to Reconsider. Counsel for Plaintiff advised that she wanted to consider this request and would respond back to counsel for L-3 at a later date. Notwithstanding this request, counsel for L-3 has not yet heard back from Plaintiff's counsel.

3.Due to a miscalculation regarding the deadline, L-3 inadvertently neglected to file its Answer within the time period prescribed by the Federal Rules of Civil Procedure. L-3 apologizes to the Court for this oversight and respectfully requests the following brief extension until Monday, March 17, 2008 on that basis.

4.Federal Rule of Civil Procedure Rule 6(b) provides this Court with discretion to enlarge Defendant's time to file an Answer to Plaintiff's Complaint. *See* Fed. R. Civ. P. 6(b). In the present case, the requested enlargement is for a short period of time following the original due date, and it will not unduly delay the progress of this case or prejudice the Plaintiff.

5.Counsel for L-3 has again attempted to contact counsel for the Plaintiff, to obtain Plaintiff's consent to this Motion, but was unable to reach her.

Accordingly, L-3 respectfully moves this Court to grant it an enlargement of time to file its Answer to Monday, March 17, 2008.

Respectfully Submitted,

L-3 COMMUNICATIONS
GOVERNMENT SERVICES, INC.


By:__/s/  Megan S. Ben'Ary_____
Counsel

John M. Barr
Megan S. Ben'Ary (D.C. Bar No. 493415)
LeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia  22314
(703) 684-8007 (Telephone)
(703) 684-8075 (Facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of March, 2008, a true and accurate copy of the foregoing was served via electronic mail and the Court's ECF System, upon:

JoAnn Patricia Myles
LAW OFFICE OF JOANN P. MYLES
1300 Mercantile Lane
Suite 139-S
Largo, MD 20774-5327

Rafael Eloy Morell
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2400 N Street, NW
5th Floor
Washington, DC 20037

Antonio R. Franco
PILIERO, MAZZA & PARGAMENT
888 17th Street, N.W.
Suite 1100
Washington, DC 20006

/s/
Counsel