## IN THE UNITED STATES DISTRICT CIRCUIT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SANDRA MARSHALL, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 1:05CV02502 (RWR) |
| HONEYWELL TECHNOLOGY SYSTEMS INC., *et al.*, | ) | |
| Defendants. | ) | |

### **ORDER**

UPON CONSIDERATION of the motion of Defendant L-3 Communications Government Services, Inc. for an extension of time within which to file its Answer, and representations by counsel that consent was sought but that Plaintiff's counsel could not be reached, it is,

ORDERED that the motion of Defendant L-3 Communications Government Services, Inc. for an extension of time be, and the same hereby is, GRANTED, and it is further,

ORDERED that Defendant L-3 Communications Government Services, Inc. shall have until Monday, March 17, 2008 to file its Answer.

ENTERED this ____ day of March, 2008.

_____
Judge Richard W. Roberts