IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>HONEYWELL TECHNOLOGY )<br>SYSTEMS, INC., )<br>)<br>L-3 COMMUNICATIONS, INC., )<br>)<br>    and )<br>)<br>SGT, INC., )<br>)<br>    Defendants. )<br>_____) | Case No. 1:05-CV-02502 (RWR) |

**DEFENDANT SGT, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF
TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO ALTER
AND AMEND THE COURT'S ORDER DATED FEBRUARY 26, 2008 AND/OR
MOTION FOR RECONSIDERATION AND OTHER APPROPRIATE RELIEF**

   The Defendant, SGT, Inc. ("SGT"), by and through its counsel of record, hereby request an enlargement of time, until Monday, March 31, 2008, within which to file its response to the Plaintiff's Motion to Alter and Amend the Court's Order dated February 26, 2008 and/or Motion for Reconsideration and Other Appropriate Relief ("Motion to Alter or Amend") filed by Plaintiff Sandra Marshall.

   In support of this motion, SGT states as follow:

   1.   On February 26, 2008, this Court issued its Memorandum Opinion and Order granting in part and denying in part Defendant SGT's Motion to Dismiss.

   2.   On March 7, 2008, Plaintiff filed a Motion to Alter or Amend the Court's order.

3. On March 11, 2008, Defendant SGT filed its Answer to the remaining counts in the Complaint.

4. Plaintiff's Motion to Alter and Amend involves events that occurred years ago. Given the time that has passed and the number of new facts presented by Plaintiff in the Motion, the Defendant requires more time to provide a more comprehensive response. This cannot be feasibly done within the deadline for filing a response.

5. On March 13, 2008, Defendant's counsel contacted Plaintiff's counsel and requested an extension of time until March 31, 2008, to file its response to this Motion.

6. Plaintiff's counsel had no objections provided she was given until April 15, 2008 to file a reply because of scheduling issues of her own. Both parties agreed to those extensions.

7. Pursuant to the Federal Rules of Civil Procedure, the Court is authorized to enlarge Defendant's time to file a response to a motion. See Fed. R. Civ. P. 6(b)(1)(A). In the present case the requested enlargement is for a short period of time and will not delay the progress of this case or prejudice the Plaintiff who has agreed to the extension.

Accordingly, SGT respectfully moves this Court to grant an enlargement of time to file a response until Monday, March 31, 2008.

Respectfully submitted,

Date: March 14, 2008

/s/ Antonio R. Franco
Antonio R. Franco, Esq.
D.C. Bar No. 416787
PilieroMazza PLLC
888 17th Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 857-1000

Counsel for Defendant SGT, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March, 2008, I caused a true correct copy of the foregoing to be served via Electronic Case Filing, upon:

Jo Ann P. Myles, Esq.
Law Office of Jo Ann P. Myles
1300 Mercantile Lane, Suite 139-S
Largo, MD 20774
 *Counsel for Plaintiff*

Rafael Morell, Esq.
Ogletree, Deakins, Nash, Smoak
  & Stewart, P.C.
2400 N. Street, NW, Fifth Floor
Washington, DC 20037
 *Counsel for Defendant*
 *Honeywell Technology Systems, Inc.*

Megan Starace Ben'Ary
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
 *Counsel for Defendant*
 *L-3 Communications Government Services, Inc.*

        /s/ Antonio R. Franco
        Antonio R. Franco