IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HONEYWELL TECHNOLOGY ) <br> SYSTEMS, INC., ) <br> ) <br> L-3 COMMUNICATIONS, INC., ) <br> ) <br> and ) <br> ) <br> SGT, INC., ) <br> ) <br> Defendants. ) | Case No. 1:05-CV-02502 (RWR) |

## **ORDER**

Upon consideration of Defendant SGT, Inc.'s ("Defendant") Unopposed Motion for Enlargement of Time, it is this _____ day of _____ 2008;

ORDERED that Defendant's Unopposed Motion for Enlargement of Time to File a Response to Plaintiff's Motion to Alter and Amend the Court's Order Dated Februry 26, 2008, and/or Motion for Reconsideration and Other Appropriate Relief ("Motion to Alter or Amend") is GRANTED;

IT IS FURTHER ORDERED that Defendant's Response to Plaintiff's Motion to Alter or Amend, shall be due on March 31, 2008.

SO ORDERED.

_____
Judge Richard W. Roberts
United States District Judge