IN THE UNITED STATES DISTRICT CIRCUIT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05-CV-02502 (RWR) |
| ) | |
| HONEYWELL TECHNOLOGY ) | |
| SYSTEMS INC., *et al*., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT L-3 COMMUNICATIONS GOVERNMENT SERVICES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

COMES NOW, L-3 Communications Government Services, Inc. ("L-3"), by counsel, and respectfully requests that it be granted an extension of time, until March 31, 2008, in order to file its response to the Plaintiff's Motion to Alter and Amend the Court's Order dated February 26, 2008, and/or Motion for Reconsideration and Other Appropriate Relief ("Plaintiff's Motion for Reconsideration"). In support of this motion, L-3 states as follows:

1. On February 26, 2008, this Court issued a Memorandum Opinion and Order granting in part and denying in part L-3's motion to dismiss and denying L-3's motion to transfer venue.

2. On March 7, 2008, Plaintiff filed her Motion for Reconsideration.

3. Due to the complexity of the issues and the new factual circumstances raised in Plaintiff's Motion for Reconsideration, L-3 requires an extension of time in order to file a proper response.

1

4. On March 18, 2008, L-3's counsel contacted Plaintiff's counsel. Plaintiff's counsel did not object to L-3 filing its response to Plaintiff's Motion for Reconsideration by March 31, 2008. In return, L-3's counsel agreed that L-3 would not object to Plaintiff's request for an extension of time until April 20, 2008 to reply to L-3's response to Plaintiff's Motion for Reconsideration.

5. Pursuant to Fed. R. Civ. P. 6(b)(1), this Court may, for good cause shown, grant an extension of the briefing schedule for this motion. Good cause exists in the matter at hand. A short extension will allow both L-3 and Plaintiff to present fully briefed arguments to the Court. Both parties are in agreement to the extension and no prejudice exists to any party.

WHEREFORE, Defendant L-3 Communications Government Services, Inc. respectfully requests that this Court grant an extension of time until March 31, 2008 so that L-3 may properly respond to Plaintiff's Motion for Reconsideration.

Respectfully Submitted,

L-3 COMMUNICATIONS
GOVERNMENT SERVICES, INC.


By: ___/s/ Megan S. Ben'Ary___
              Counsel

John M. Barr
Megan S. Ben'Ary (D.C. Bar No. 493415)
LeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia  22314
(703) 684-8007 (Telephone)
(703) 684-8075 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March, 2008, a true and accurate copy of the foregoing was served via electronic mail and the Court's ECF System, upon:

JoAnn Patricia Myles
LAW OFFICE OF JOANN P. MYLES
1300 Mercantile Lane
Suite 139-S
Largo, MD 20774-5327
*Counsel for Plaintiff Sandra Marshall*

Rafael Eloy Morell
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2400 N Street, NW
5th Floor
Washington, DC 20037
*Counsel for Defendant Honeywell Technology Systems, Inc.*

Antonio R. Franco
PILIERO, MAZZA & PARGAMENT
888 17th Street, N.W.
Suite 1100
Washington, DC 20006
*Counsel for Defendant SGT, Inc.*

                                          /s/
                                        Counsel