IN THE UNITED STATES DISTRICT CIRCUIT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05-CV-02502 (RWR) |
| ) | |
| HONEYWELL TECHNOLOGY ) | |
| SYSTEMS INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

UPON CONSIDERATION of the motion of Defendant L-3 Communications Government Services, Inc. for an extension of time to respond to Plaintiff's Motion to Alter or Amend the Court's Order dated February 26, 2008, and/or Motion for Reconsideration and Other Appropriate Relief, and representations by counsel that consent was sought and obtained from Plaintiff's counsel, it is,

ORDERED that the motion of Defendant L-3 Communications Government Services, Inc. for an extension of time be, and the same hereby is, GRANTED, and it is further,

ORDERED that Defendant L-3 Communications Government Services, Inc. shall have until Monday, March 31, 2008 to file a response to Plaintiff's Motion for Reconsideration.

ENTERED this ____ day of March, 2008.

_____
Judge Richard W. Roberts