IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONEYWELL TECHNOLOGY )<br>SOLUTIONS INC., ET.AL. )<br>)<br>Defendants. )<br>) | Case No. 1:05CV02502<br><br>Judge Richard W. Roberts |

**CONSNET MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiff, Sandra Marshall by and through her undersigned counsel, hereby moves this Honorable Court to grant her an extension of time in which to file a consolidated response to Defendants, L-3 Communications, Inc. ("L-3") and SGT, Inc.'s ("SGT") oppositions to Plaintiff's Motion to Alter and Amend the Court's Order dated February 26, 2008 And/or Motion For Reconsideration And Other Appropriate Relief, pursuant to Fed. R. Civ. P. 6(b)(1)(A).

In support of this consent motion, Plaintiff Marshall refers the court to the accompanying memorandum and states the following:

1. That the defendants filed their oppositions to Marshall's Motion to Alter and Amend the Court's Order dated February 26, 2008 And/or Motion For Reconsideration And Other Appropriate Relief on March 31, 2008.

2. Marshall's reply is due on April 15, 2008, based on a consent by the parties and pending approval by Order of this Court.

3. However, due to Plaintiff's Counsel's recent change in litigation schedule and the complex issues raised by both defendants, Plaintiff will need additional time to reply, namely until April 22, 2008.

4. Plaintiff's Counsel contacted defendants through their respective counsel and both agreed and consented to the above extension of time for Plaintiff to file a reply to her oppositions in this matter.

5. An extension in this matter will neither harm nor prejudice the defendants L-3 Communications or SGT but a denial of this motion would prejudice, harm and deny Plaintiff Marshall full due process to present her position in this matter.

6. Wherefore, having shown good cause and that none of the parties would be prejudiced or harmed by the court granting and entering an order extending the time in which Plaintiff Marshall must file her reply, plaintiff respectfully moves this court to enter an order granting her Consent Motion For an Enlargement Time in which to file her reply to the defendants' oppositions.

Respectfully Submitted,

_____/s/_____
Jo Ann P. Myles
Law Offices of Jo Ann P. Myles
1300 Mercantile Lane
Suite 139-S
Largo, Maryland  20774
Bar No. 04412
301-773-9652 (office)
301-925-4070 (fax)

Counsel for Plaintiff

## **CERTIFICAT OF SERVICE**

I hereby certify that on this 15th day of April 2008, a copy of the foregoing Consent Motion For An Enlargement of Time was served upon the defendants by electronic filing.

Rafael Morell, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2400 N. Street, N.W. Fifth Floor
Washington, D.C. 20037

John Barr, Esq.
Megan S. Ben'Ary, Esq.
LeClair Ryan, P.C.
3981 Alcoa Drive
Fairfax, Virginia 22033

Antonio R. Franco, Esq.
Jonathan T. Williams, Esq.
Piliero, Mazza & Pargament, PLLC
888 17th Street N.W. Suite 1100
Washington, D.C. 20006

                                                 /s/
                                        Jo Ann P. Myles