IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA MARSHALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HONEYWELL TECHNOLOGY ) | Case No. 1:05CV02502 |
| SOLUTIONS INC., ET.AL. ) | |
| ) | Judge Richard W. Roberts |
| Defendants. ) | |
| ) | |

**ORDER**

UPON consideration of Plaintiff's Consent Motion For An Enlargement of Time and it appearing proper and just, on this ____day of _____2008, it is hereby;

ORDERED, that Plaintiff Sandra Marshall's Consent Motion For An Enlargement of Time until April 22, 2008, in which to file her reply to Defendants L-3 Communications and SGT's oppositions to Plaintiff's Motion to Alter and Amend the Court's Order dated February 26, 2008 And/or Motion For Reconsideration And Other Appropriate Relief, is hereby GRANTED and it is further,

ORDERED, that Plaintiff Sandra Marshall shall have until April 15, 2008, in which to file her replies to L-3 Communications and SGT's oppositions.

_____
UNITED STATES DISTRICT COURT JUDGE