# Fax Cover Sheet

Law Office of Jo Ann P. Myles
1300 Mercantile Lane
Suite 139-S
Largo, Maryland
Phone number 301-474-0261
Fax number 301-925-4070

| **Send to** Mr. Mike Eder<br>Project Manager. EER Systems | **From: Law Office of Jo Ann P. Myles** |
|---|---|
| Attention: Mike Eder | Date:6/20/03 |
| Office Location: Greenbelt, Maryland<br>NASA | Office Location: Largo, Maryland |
| Fax Number: 301-286-1688 | Phone Number:301-474-0261 |

- ☐ **X Urgent**
- ☐ **X Reply ASAP**
- ☐ Please comment
- ☐ Please Review
- ☐ For your Information

Total pages, including cover 2 pages

**Comments:**

Re: Mrs. Sandra Marshall, Voice Control Supervisor

Office 301-474-0261

Law Offices of
**JO ANN P. MYLES**
1300 Mercantile Lane
Suite 139-S
Largo, Maryland 20774

Fax 301-925-4070

VIA FACSIMILE ONLY
301-286-1688

June 20, 2003

Mr. Mike Eder
Project Manager
EER Systems
3750 Centerview Drive
Chantilly, Virginia 20151

Re: Sandra Marshall, Voice Control Supervisor

Dear Mr. Eder:

  Per my conversation with you this morning, I advised you that I am legal Counsel for Mrs. Sandra Marshall. I also advised you that I would be assisting Mrs. Marshall in preparing her response to a grievance filed by a Mr. Kelly Martin. I requested on behalf of Mrs. Marshall an extension of time in which she should file her response. I advised you that I had several legal deadlines that I had to meet and would be unable to assist Mrs. Marshall in preparing her response by today, which is too short of a notice.

  You agreed and granted Mrs. Marshall until Monday, June 23, 2003 in which to file her written response to the allegations and grievance of Mr. Martin.

  Thank you for your prompt attention to this matter.

Very Truly Yours,

Jo Ann P. Myles

cc: Mrs. Sandra Marshall