Office 301-474-0261

Law Offices of
**JO ANN P. MYLES**
1300 Mercantile Lane
Suite 139-S
Largo, Maryland 20774

Fax 301-925-4070

FEDERAL EXPRESS
839707799364

June 23, 2003

Ms. Michele Wirth
Administrative Director
EER Systems Inc.
3750 Centerview Drive
Chantilly, Virginia 20151

**Re: Sandra Marshall, Voice Control Supervisor's Response
To Kelly Martin's March 5, 2003 Complaint**

Dear Ms. Wirth:

Please be advised that I am legal counsel for Mrs. Sandra Marshall. On June 19, 2003 during a meeting, Mrs. Marshall handed to you a copy of her response to a March 5, 2003 complaint filed by a Mr. Kelly Martin. As you are aware, Mrs. Marshall was never allowed to see the March 5, 2003 complaint nor was she permitted to be involved in any grievance meeting concerning that particular complaint.

On the same day, June 19, 2003 in which you received Mrs. Marshall's June 19, 2003 response to Mr. Martin's complaint, you handed her response to her supervisor Mr. Mike Eder. Mr. Eder later in the day on June 19, 2003 handed back to Mrs. Marshall her June 19, 2003 response. I am sure that was an error on Mr. Eder's part. Therefore, I am forwarding to you again a copy of Mrs. Marshall's response to Kelly Martin's alleged complaint of March 5, 2003.

If you have any questions please contact me. Thank you for your prompt attention to this matter.

Very Truly Yours,

*Jo Ann P. Myles*
Jo Ann P. Myles

cc: Mrs. Sandra Marshall