**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SANDRA MARSHALL,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 05-2502 (RWR)** |
| **HONEYWELL TECHNOLOGY SOLUTIONS, INC. et al.,** | |
| **Defendants.** | |

**ORDER**

Plaintiff Sandra Marshall brought employment-related claims against defendants Honeywell Technology Solutions, Inc. ("Honeywell"), L-3 Communications Government Services, Inc. ("GSI"), and SGT, Inc. ("SGT"). A memorandum opinion and order issued in December 2009 dismissed Marshall's claims against the defendants without prejudice for lack of standing, subject to the real party in interest moving to reinstate the complaint.
The real party in interest - - here, the Trustee in Marshall's bankruptcy case - - has moved to reinstate the case. Honeywell opposes the motion to the extent it seeks to allow Marshall to re-enter the case. What the motion, if successful, would achieve is reinstatement of the complaint with the Trustee substituted for Marshall as the plaintiff under Fed. R. Civ. P. 25(c), not with Marshall as the plaintiff. Therefore, it is hereby

ORDERED that the Trustee's motion [148] to reinstate this case be, and hereby is, GRANTED. The complaint is reinstated and William D. White, Trustee for the bankruptcy estate of Sandra Marshall, is substituted for Sandra Marshall as the plaintiff. It is further

ORDERED that the parties be, and hereby are, DIRECTED to file a joint status report and proposed order by June 25, 2010, suggesting a schedule on which this case should proceed.

SIGNED this 15th day of June, 2010.

/s/
RICHARD W. ROBERTS
United States District Judge